KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.561.5300
Facsimile: 916.561.0828
Email: kobrien@littler.com

DENISE M. VISCONTI, Bar No. 214168
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
Email: dvisconti@littler.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE,<br><br>Defendants. | No. 07 3527<br>(San Francisco Superior Court Case No. CGC07-459441)<br><br>DECLARATION OF DIANE DILDY IN SUPPORT OF DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. SECTIONS 28 U.S.C. SECTIONS 1332(A)(2); 1441; AND 1446<br><br>Diversity Jurisdiction<br><br>Complaint filed: January 9, 2007 |

I, Diane Dildy, declare as follows:

1. I am employed by American Airlines, Inc. (hereinafter "American Airlines") as a Senior Paralegal in Ft. Worth, Texas. I have personal knowledge, or knowledge based upon

FIRMWIDE:82720352.1 009001.1303

DECLARATION OF DIANE DILDY ISO NOTICE OF REMOVAL OF CIVIL ACTION

1 corporate records and information which I have obtained and reviewed in the course of my duties, of
2 the information hereafter set forth. I am informed and believe that the corporate records I obtained
3 and reviewed are maintained in the regular course of business and entries are made in the records at
4 or near the time of the transactions shown. If called and sworn as a witness, I could and would
5 competently testify thereto.

6     2.     American Airlines is incorporated in the State of Delaware and its principal place of
7 business is located in Fort Worth, Texas. I am informed and believe that American Airlines
8 maintains its largest and busiest hub at the Dallas/Ft. Worth International Airport, in Texas, where it
9 employs 22,441 employees. The next largest hub is located at Miami Airport, in Miami, Florida,
10 where it employs 8,847 employees. American Airlines' next largest hub is located at Chicago's
11 O'Hare Airport, in Illinois, where it employs 7,898 employees. The total number of employees
12 employed by American Airlines in the entire State of California is 7,149.

13     3.     I am informed and believe that a compilation of American Airlines' annual departures
14 and relative ranking by state[1] revealed the following for the calendar year 2006: The state with the
15 greatest number of estimated American Airlines annual flight departures was Texas with 216,204.
16 The state with the second highest number of estimated annual departures was Florida with 104,784.
17 the next closest ranking state was Illinois with 89,280 departures. California had an estimated
18 74,904 departures.

19     4.     Based on a compilation of data obtained from corporate records that I reviewed, I am
20 informed and believe that Defendant American Airlines' physical operations includes the following
21 square footage: over 8.4 million square feet in the State of Texas;[2] over 6.35 million square feet in
22 the State of Illinois; over 3.25 million square feet in the State of Florida. American Airlines'
23 physical operations in the State of California includes slightly over 2.82 million square feet.

---

[1] Departure data for American Airlines domestic flights was compiled by reviewing the flight departure date for the month of July 2006, which was selected as representative of heavy flight volume during the summer months. The number of departures by state in July 2006 was then multiplied by 12 months to give an estimate of the (a) number of annual departures, and (b) a relative ranking of departures by state.

[2] This figure includes American Airlines' six story corporate headquarters buildings and other building complexes that house not only the corporation's executive, corporate and administrative offices, but also the corporation's flight academy, training center, flight museum, meeting and conference space. This figure also includes approximately 245,000 square feet of vacant land.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

FIRMWIDE:82720352.1 009001.1303    2.

DECLARATION OF DIANE DILDY ISO NOTICE OF REMOVAL OF CIVIL ACTION

5.  Based on a compilation of corporate data that I obtained and reviewed, I am informed and believe that Defendant American Airlines maintains five Reservations Centers, each of which handle the reservations in the region in which they are located. They are located as follows: Fort Worth, Texas, with 2,242 employees; Cary, North Carolina, with 1,023 employees; Windsor, Connecticut, with 477 employees; Cincinnati, Ohio, with 485 employees; and Tucson, Arizona, with 928 employees. There are no Reservation Centers in California.

6.  American Airlines maintains its executive and administrative headquarters in Fort Worth, Texas. America Airlines' executive office are there, as well as the Training Department, the Medical Department, the Flight Department, the Legal Department, Human Resources and administrative offices.

7.  AMR Corporation is incorporated in the State of Delaware and its principal place of business is located in Fort Worth, Texas. I am informed and believe that AMR Corporation does not employ any employees and that all of its operations are conducted in the State of Texas.

8.  During the entire course of his employment with Defendant American Airlines, Plaintiff Edward E. Anderson was employed in and worked for American Airlines in the State of California at its San Francisco Station. Plaintiff's last known residence address is located in San Leandro, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 2nd day of July, 2007 at Fort Worth, Texas.

_____
Diane Dildy

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

FIRMWIDE:82720352.1 009001.1303

3.

DECLARATION OF DIANE DILDY ISO NOTICE OF REMOVAL OF CIVIL ACTION