1  KENNETH R. O'BRIEN, Bar No. 072128
   LITTLER MENDELSON
2  A Professional Corporation
   2520 Venture Oaks Way, Suite 390
3  Sacramento, CA 95833.4227
   Telephone:  916.561.5300
4  Facsimile:  916.561.0828
   Email: kobrien@littler.com
5

6  DENISE M. VISCONTI, Bar No. 214168
   LITTLER MENDELSON
7  A Professional Corporation
   501 W. Broadway, Suite 900
8  San Diego, CA 92101.3577
   Telephone:  619.232.0441
9  Facsimile:  619.232.4302
   Email: dvisconti@littler.com
10

   Attorneys for Defendant
11 AMERICAN AIRLINES, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16 EDWARD E. ANDERSON,              Case No. C 07 3527

17            Plaintiff,            (San Francisco Superior Court Case No.
                                    CGC07-459441)
18       v.
                                    **CERTIFICATION OF INTERESTED**
19 AMR The parent of AMERICAN       **ENTITIES OR PERSONS AND**
   AIRLINES INC, AMERICAN AIRLINES, **DISCLOSURE STATEMENT**
20 and DOES 1 through 5 INCLUSIVE,
                                    **Federal Rule of Civil Procedure 7.1**
21            Defendants.           **N.D. Civil Local Rule 3-16**

22

23

24

25

26

27

28

FIRMWIDE:82622461.1 009001.1303

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Connecting and Interest |
|---|---|
| 1. Edward E. Anderson | Plaintiff |
| 2. AMR Corporation | Defendant and parent corporation to American Airlines, Inc. |
| 3. American Airlines, Inc. | Defendant and wholly-owned subsidiary of AMR Corporation |

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: July 5, 2007

_____
KENNETH R. O'BRIEN
DENISE M. VISCONTI
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

FIRMWIDE:82622461.1 009001.1303

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT