KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.561.5300
Facsimile: 916.561.0828
Email: kobrien@littler.com

DENISE M. VISCONTI, Bar No. 214168
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302
Email: dvisconti@littler.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>            Plaintiff,<br><br>    v.<br><br>AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE,<br><br>            Defendants. | Case No. C 07-03527 WHA<br><br>(San Francisco Superior Court Case No. CGC07-459441)<br><br>**DECLARATION OF DENISE M. VISCONTI REGARDING NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION** |

I, DENISE M. VISCONTI, declare as follows:

1.    I am an attorney at law, licensed to practice in the State of California and before this Court. I am an associate with the law firm of Littler Mendelson, a Professional Corporation, counsel of record for Defendant American Airlines, Inc. in this case. I make this Declaration in support of Defendant's Removal of Action To Federal Court Pursuant to 28 U.S.C. sections 1332(a)(2), 1441, and 1446. All of the information set forth herein is based on my personal and first hand knowledge

FIRMWIDE:82622602.1 009001.1303

except where indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2. On July 12, 2007, pursuant to 28 U.S.C. section 1446, I arranged for filing with the Clerk of the Superior Court of the State of California for the County of San Francisco a Notice to Adverse Parties and State Court of Removal of Civil Action to Federal Court, together with a copy of the Notice of Removal filed in this Court, by causing said documents to be filed with Clerk at the Superior Court for the County of San Francisco. A copy of the State Court Notice and Proof of Service thereof is attached hereto.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Dated this 12th day of July, 2007 at San Diego, California.

_____
DENISE M. VISCONTI

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

FIRMWIDE:82622602.1 009001.1303         2.

DECLARATION OF DENISE M. VISCONTI REGARDING NOTICE TO STATE COURT

KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone:  916.561.5300
Facsimile:  916.561.0828

DENISE M. VISCONTI, Bar No. 214168
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone:  619.232.0441
Facsimile:  619.232.4302

Attorneys for Defendant
AMERICAN AIRLINES, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

EIGHTH JUDICIAL DISTRICT

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE,<br><br>Defendants. | Case No. CGC07-459441<br><br>**NOTICE TO ADVERSE PARTIES AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

TO THE CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA AND PLAINTIFF EDWARD E. ANDERSON:

PLEASE TAKE NOTICE THAT on July 6, 2007, Defendant AMERICAN AIRLINES, INC. ("Defendant") filed a Notice to Federal Court of Removal of Civil Action from State Court ("Notice"), a conformed copy of which is attached hereto, in the United States District Court for the Northern District of California.

///

Firmwide:82622575.1 009001.1303

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

PLEASE TAKE FURTHER NOTICE that, by the filing of such Notice and by the filing herein of this Notice to State Court of Removal to Federal Court, the above-entitled action has been removed from this Court to the United States District Court for the Northern District of California pursuant to 28 U.S.C. sections 1332(a)(2), 1441, and 1446, and this Court may proceed no further unless and until the case is remanded.

Dated: July 11, 2007

_____
KENNETH R. O'BRIEN
DENISE M. VISCONTI
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERICAN AIRLINES, INC.

Firmwide:82622575.1 009001.1303              2.

NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

**PROOF OF SERVICE BY MAIL**

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 11, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

in a sealed envelope, postage fully paid, addressed as follows:

Edward E. Anderson            Plaintiff, *in Pro Per*
801 Galway Drive #9
San Leandro, CA 94580
Phone: (510) 825-2549

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 11, 2007, at San Diego, California.

_____
Loriann L. Christy

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Proof of Service

# PROOF OF SERVICE BY MAIL

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 12, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DECLARATION OF DENISE M. VISCONTI REGARDING NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION

in a sealed envelope, postage fully paid, addressed as follows:

Edward E. Anderson          Plaintiff, *in Pro Per*
801 Galway Drive #9
San Leandro, CA 94580
Phone: (510) 825-2549

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 12, 2007, at San Diego, California.

_____
Loriann L. Christy

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

PROOF OF SERVICE(NO. )