Frederick C. Roesti SB # 77932
Law Office of Frederick C. Roesti
1095 Market Street, Suite 419
Tel (415) 552-3733
Fax (415) 552-1849
Attorney for plaintiffs
Edward E. Anderson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| EDWARD E. ANDERSON, | COMPLAINT NO. C07-3527-WHA |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| AMR The Parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5, INCLUSIVE, | |
| Defendants. | |

To Defendants and to the District Court:

Please take notice that Frederick C. Roesti, attorney at law, 1095 Market Street, Suite 419, San Francisco, California 94103 Tel (415) 552-3733, Fax (415) 552-1849, has substituted in as Attorney of Record for Edward E. Anderson, in proper.

Dated: September 20, 2007    By: _____
                                Frederick C. Roesti

CONSENT TO SUBSTITUTION

The undersigned have consented to the substitution of Frederick C. Roesti, as attorney of of record in place of Edward E. Anderson, in pro per.

Dated: September 20, 2007    By: _____
                                Edward E. Anderson

Dated: September 20, 2007    By: _____
                                Frederick C. Roesti

Page 1



**PROOF OF SERVICE BY FAX AND MAIL**

I, the undersigned declare:

I am over the age of eighteen. I am not related to the parties in this action. I may be reached at the Law Office of Frederick C. Roesti, 1095 Market Street, San Francisco, CA 994103, Tel (415) 552-3733.

I served the the following documents:

SUBSTITUTION OF ATTORNEY

By FAX and by MAIL as follows: I faxed the documents to the following fax number and I mailed documents by placing them in an envelope with postage paid and placed in the United States Mail addressed to:

Denis M. Visconti, Esq,
Littler Mendelson
501W. Broadway, Suite 900
San Diego, CA 92101-3577
Tel (619) 515-1822
Fax (619) 232-4302

on the date listed below.

I have read the above statement and declare under penalty of perjury under the laws of the State of California that it is true and correct and was executed in San Francisco, California on October 3, 2007.

Frederick C. Roesti