UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 11, 2007

Case No.  C 07-03527 WHA

Title: EDWARD ANDERSON v. AMR PARENT OF AMERICAN AIRLINES

Plaintiff Attorneys: Frederick Roesti

Defense Attorneys: Kenneth O'Brien

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)   _____

Complete Initial Disclosures (Rule 26): 10/19/07

Discovery Cutoff: 3/7/08

Designation of Experts: 3/7/08

Last Day to File Motion: 4/24/08

Continued to  6/30/08 at 2:00pm  for Pretrial Conference

Continued to  7/14/08 at 7:30am  for Bench Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for ENE.  Plaintiff shall serve all defendants by 10/31/07.