# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Anderson,<br><br>            Plaintiff(s),<br><br>     v.<br><br>AMR,<br><br>            Defendant(s). | 07-03527 WHA ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**John L. Beers**
Fisher & Phillips
One Embarcadero Ctr., Ste. 2340
San Francisco, CA 94111
415-490-9000

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-03527 WHA ENE                - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: October 25, 2007

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

        _____
        ADR Case Administrator
        415-522-3148
        Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-03527 WHA ENE        - 2 -