```
                                              FILED
                                              JAN 1 4 2008
                                              RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Anderson,<br><br>        Plaintiff(s),<br><br>   v.<br><br>AMR,<br><br>        Defendant(s). | No. C 07-03527 WHA ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __1/9/08__

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session scheduled for (date) __to be determined; late 1/08 or early 2/08.__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☒ NO

Dated: __1/10/08__                    _/s/ [signature]_
                                      Evaluator, John L. Beers
                                      Fisher & Phillips
                                      One Embarcadero Ctr., Ste. 2340
                                      San Francisco, CA 94111

**Certification of ADR Session**
07-03527 WHA ENE