# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com

**San Francisco**
One Embarcadero Center
Suite 2340
San Francisco, CA 94111

(415) 490-9000 Tel
(415) 490-9001 Fax
Writer's Direct Dial:
(415) 490-9010

Writer's E-mail:
jbeers@laborlawyers.com

January 18, 2008

***VIA EMAIL AND U.S. MAIL***

Frederick C. Roesti
Law Offices of Frederick C. Roesti
1095 Market Street, Suite 419
San Francisco, CA 94103

Kenneth Richard O'Brien
Littler Mendelson
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833

      Re:    *Edward Anderson v. AMR, et al.*
               U. S. District Court/Northern District Case No.: C 07-03527 WHA ENE

Dear Counsel:

     The Early Neutral Evaluation which began on January 9, 2008, is scheduled to continue on **Wednesday, February 13, 2008 at 10:00 a.m.** at the office of FISHER & PHILLIPS LLP, One Embarcadero Center, Suite 2340, San Francisco.

     Please contact my assistant, Carol Ferrari, or me, with any questions or concerns.

                                 Very truly yours,

                                 John L. Beers

JLB:csf

cc:    Alice M. Fiel, ADR Case Administrator