# FISHER & PHILLIPS LLP
ATTORNEYS AT LAW

www.laborlawyers.com

**San Francisco**
One Embarcadero Center
Suite 2340
San Francisco, CA 94111

(415) 490-9000 Tel
(415) 490-9001 Fax
Writer's Direct Dial:
(415) 490-9010

Writer's E-mail:
jbeers@laborlawyers.com

March 12, 2008

*VIA EMAIL AND U.S. MAIL*

Frederick C. Roesti
Law Offices of Frederick C. Roesti
1095 Market Street, Suite 419
San Francisco, CA 94103

Kenneth R. O'Brien
LITTLER MENDELSON
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833

      Re:    *Edward Anderson v. AMR, et al.*
              *USDC - Northern District of California; Case No.: C 07-03527 WHA ENE*
              *John L. Beers – ENE Evaluator*

Dear Counsel:

    The Early Neutral Evaluation which began on January 9, 2008, is scheduled to continue on **Tuesday, April 15, 2008 at 10:00 a.m.** at the offices of FISHER & PHILLIPS LLP, One Embarcadero Center, Suite 2340, San Francisco, CA. An updated letter brief is not a requirement; however, if you do intend to submit updated letter briefs, please fax to my attention at (925) 490-9001 by 5:00 p.m. on Monday, April 14.

    Please contact my assistant Carol Ferrari with any questions or concerns.

                                Very truly yours,

                                John L. Beers

JLB:csf

cc:    Alice M. Fiel, ADR Case Administrator