1  KENNETH R. O'BRIEN, Bar No. 072128
   E-mail: kobrien@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA 95833.4227
4  Telephone:  916.830.7200
   Facsimile:  916.561.0828
5
   DENISE M. VISCONTI, Bar No. 214168
6  E-mail: dvisconti@littler.com
   LITTLER MENDELSON
7  A Professional Corporation
   501 W. Broadway, Suite 900
8  San Diego, CA 92101.3577
   Telephone:  619.232.0441
9  Facsimile:  619.232.4302

10 Attorneys for Defendant
   AMERICAN AIRLINES, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  EDWARD E. ANDERSON, | Case No. 07-cv-3527 WHA |
| 16          Plaintiff, | **JOINT REPORT RE PROGRESS AND STATUS OF ADR** |
| 17       v. | |
| 18  AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, | Courtroom: 9 |
| 19  and DOES 1 through 5 INCLUSIVE, | Judge: Hon. William Alsup |
| 20          Defendants. | Trial date: July 14, 2008 |

23  Pursuant to the Reminder Notice of the Court (Docket # 22) filed March 24, 2008, the

24 parties hereby jointly report that they appeared at an Early Neutral Evaluation on January 9, 2008.

25 At that time, the parties and the Evaluator, John Beers, Esq., presented their positions. Before the

26 Evaluator presented his evaluation to the parties, the parties agreed that an additional session of the

27 ENE should be conducted and Mr. Beers agreed. The Evaluator has set the second session of the

28 Early Neutral Evaluation to be held at his office on April 15, 2008 commencing at 10:00 a.m.

FIRMWIDE:84681140.1 009001.1303                              07-cv-3527 WHA

JOINT REPORT RE PROGRESS AND STATUS OF ADR

1  Dated: March 26, 2008

2

3                                    /s/ _____
4                                    FREDERICK C. ROESTI
                                     Attorney for Plaintiff
5      April 4, 2008                 EDWARD ANDERSON

6  Dated: ~~March 26~~, 2008

7

8                                    /s/ _____
                                     KENNETH R. O'BRIEN
9                                    LITTLER MENDELSON
                                     A Professional Corporation
10                                   Attorneys for Defendants
                                     AMR THE PARENT OF AMERICAN
11                                   AIRLINES INC AND AMERICAN
                                     AIRLINES
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
2620 Venture Oaks Way
Suite 700
Sacramento, CA 95833-4227
916.561.5300

FIRMWIDE:84681140.1 009001.1303              2.                        07-cv-3527 WHA

JOINT REPORT RE PROGRESS AND STATUS OF ADR