KENNETH R. O'BRIEN, Bar No. 072128
E-mail: kobrien@littler.com
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:   916.830.7200
Facsimile:    916.561.0828

DENISE M. VISCONTI, Bar No. 214168
E-mail: dvisconti@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:   619.232.0441
Facsimile:    619.232.4302

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE,<br><br>Defendants. | Case No.  07-cv-3527 WHA<br><br>**DECLARATION OF SANDRA ADAMS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND OR JUDGMENT ON THE PLEADINGS**<br><br>Date:     May 29, 2008<br>Time:    8:00 a.m.<br>Ctrm:    9<br>Judge:   William Alsup |

I, SANDRA ADAMS, do hereby declare:

1. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. I am employed as Kenneth R. O'Brien's Legal Assistant. At plaintiff's deposition he produced slightly more than 700 pages of documents relating to his actions as skycap

1  for American Airlines. These documents consist generally of Sales Agent Deposit Slips, Baggage
2  Reconciliation Sheets, and also bear plaintiff's handwritten notes as to when his podium was
3  "broke," under repair, awaiting parts, or being serviced. I have personally reviewed these documents
4  for any notation by Plaintiff that his podium was experiencing any kind of problem, service issue,
5  awaiting parts, or any other such handwritten notation. As an example, the records for August 2,
6  2006 bear Plaintiff's handwritten note "computer broke at 9:15 am." For the court's reference, a true
7  and correct copy of said record is attached as Exhibit A. I reviewed each of Plaintiff's documents
8  for any such entries and then tabulated all such dates on which any entry showed that there was a
9  problem with plaintiff's podium.

10         3.      Plaintiff's records showed that since August 15, 2005, plaintiff made entries
11 showing that his podium was "broke", "waiting for parts," or any other similar entry on a total of 18
12 days. The records also show that the greatest number of consecutive work days on which Plaintiff
13 claims his machine was not in service was four days—from October 28 to October 31, 2007.

14         I declare under penalty of perjury under the laws of the State of California, that the
15 foregoing is true and correct and that this Declaration was executed this 24th day of April, 2008, at
16 Sacramento, California.

                                            /s/_____
                                                SANDRA ADAMS

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

FIRMWIDE:84983509.1 009001.1303                 2.                    07-cv-3527 WHA

DECLARATION OF SANDRA ADAMS ISO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT "A"

*page 1 of 1*

## Baggage Reconciliation Sheet

*Skycap Name:* 668248 ANDERSON ED

*Date:* 8-02-06

Wednesday

*Bag Tags Issued:* 5

*Bag Tags Voided:* ∅

*Bag Tags Used:* 5 x 2.00 = 10.00

*Deposit (above X $2.00):* 10.00

Peel off stubs from automated tickets placed here.

Computer Drake at 9:15AM

DECUIR/DAVID
AA 3895/02 TYS
AA 1994/02 DFW  9001013734

DECUIR/MICHAEL
AA 3895/02 TYS
AA 1994/02 DFW  9001013735

JONES/COREY
AA 3895/02 TYS
AA 1994/02 DFW  9001013736

MACARAEG/FLORITA
AA 2446/02 LAX  7001889367

MACARAEG/PETE
AA 2446/02 LAX  7001889368