1  KENNETH R. O'BRIEN, Bar No. 072128
   E-mail: kobrien@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA 95833.4227
4  Telephone:  916.830.7200
   Facsimile:   916.561.0828
5
   DENISE M. VISCONTI, Bar No. 214168
6  E-mail: dvisconti@littler.com
   LITTLER MENDELSON
7  A Professional Corporation
   501 W. Broadway, Suite 900
8  San Diego, CA 92101.3577
   Telephone:  619.232.0441
9  Facsimile:   619.232.4302

10 Attorneys for Defendant
   AMERICAN AIRLINES, INC.
11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 | EDWARD E. ANDERSON,              | Case No. 07-cv-3527 WHA
16 |           Plaintiff,             | **DECLARATION OF KATHERINE HARRIS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND OR JUDGMENT ON THE PLEADINGS**
17 |     v.                           |
18 | AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE, |
19 |                                  |
20 |           Defendants.            | Date:   May 29, 2008
   |                                  | Time:   8:00 a.m.
21 |                                  | Ctrm:   9
   |                                  | Judge:  William Alsup

22

23      I, KATHERINE HARRIS, hereby declare:

24      1.    I currently am employed by American Airlines, Inc. (hereinafter "American") as

25 Customer Services Manager Passenger Services at San Francisco International Airport in San

26 Francisco, California ("SFO"), a position I have held since June 2000. I have personal knowledge of

27 the information hereafter set forth. If called and sworn as a witness, I could and would competently

28 testify thereto.

2.  From September 2007 through April 12, 2008, in my capacity as Customer Services Manager Passenger Services, I was in charge of the daily operations of American's curbside baggage handling operations, including the skycaps employed by American who work at SFO checking bags at the curbside. One of the employees I was in charge of during that time frame was Mr. Ed Anderson, who worked a part-time shift from 8:00 to noon, five days a week, with two days per week off. Mr. Anderson worked this exact same shift the entire time I served as his supervisor.

3.  Every skycap at SFO, including Mr. Anderson, has been assigned their own machine to create baggage tags for customers' luggage. While these machines occasionally go down and require service, they generally are repaired very quickly, often by me making a call to the software desk. Any time Mr. Anderson's machine went down while I served as his supervisor, I called the software desk as quickly as possible to ensure his machine gets fixed promptly. He was not assigned to any particular podium due to his race or his age and I never made or withheld service calls on the basis of his race or age in order to get his machine working again if it experiences problems. His machine was worked on by the same individuals who service podiums used by G2 skycaps when those machines had problems.

4.  While I was his supervisor, Mr. Anderson's bag tagging machine and podium was stationed at the western-most end of American's curbside, which is the second position where American skycaps or the skycaps it contracts with are stationed. Mr. Anderson worked at that position the entire time I served as his supervisor.

5.  I never scheduled Mr. Anderson to work particular hours, assigned him to work at a particular location, required him to use a particular podium or machine, or treated him differently than any other employee of American, based upon his race or his age or based upon any complaint he may have made to someone at American.

///
///
///
///
///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 24 day of April, 2008 at San Francisco, California.

_/s/ Katherine Harris_
Katherine Harris

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390

FIRMWIDE:84913184.3 009001.1303                3.                07-cv-3527 WHA