1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE,<br><br>Defendants. | Case No. 07-cv-3527 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND/OR JUDGMENT ON THE PLEADINGS**<br><br>Date:      May 29, 2008<br>Time:      8:00 a.m.<br>Ctrm:      9<br>Judge:    William Alsup |

The motion by Defendant American Airlines, Inc. for Judgment on the Pleadings and/or Summary Adjudication of Claims came on for hearing on May 29, 2008, at 8:00 a.m., in Courtroom 9 of this Court, the Honorable William Alsup, United States District Court Judge, presiding. Plaintiff Edward E. Anderson appeared by and through his counsel of record, Frederick C. Roesti, Esq. Defendant American Airlines, Inc. appeared by and through its counsel of record, Kenneth R. O'Brien, Esq., of Littler Mendelson, P.C.

/ / /

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

The Court, having fully considered the evidence, authorities and written and oral argument presented by Defendant and having considered the adequacy of the written and oral argument and evidence presented by Plaintiff, finds no triable issues of material fact in this action and that Defendant American Airlines, Inc. is entitled to judgment on the pleadings and/or summary judgment as a matter of law.

Accordingly, IT IS HEREBY ORDERED that judgment on the pleadings and/or summary judgment as to Plaintiff's Complaint, and each and every cause of action alleged therein, is granted in its entirety, and that judgment in favor of Defendant American Airlines, Inc. and against Plaintiff Edward E. Anderson shall be entered accordingly.

Dated: _____          _____
                                         THE HONORABLE WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

FIRMWIDE:85024096.1 009001.1303                    2.                    07-cv-3527 WHA