KENNETH R. O'BRIEN, Bar No. 072128
E-mail: kobrien@littler.com
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:    916.830.7200
Facsimile:    916.561.0828

DENISE M. VISCONTI, Bar No. 214168
E-mail: dvisconti@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:    619.232.0441
Facsimile:    619.232.4302

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE,<br><br>Defendants. | Case No.  07-cv-3527 WHA<br><br>**SUPPLEMENTAL DECLARATION OF SANDRA ADAMS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND OR JUDGMENT ON THE PLEADINGS**<br><br>Date:     May 29, 2008<br>Time:    8:00 a.m.<br>Ctrm:    9<br>Judge:   William Alsup |

I, SANDRA ADAMS, do hereby declare:

1.  I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2.  I am employed as Kenneth R. O'Brien's Legal Assistant.

3. After reviewing the filed copy of the Declaration of Kenneth B. O'Brien in Support of Defendant's Motion for Summary Judgment and/or Summary Adjudication of Claims and/or Judgment on the Pleadings it was noted the pages of Edward Anderson's deposition transcript showing he was sworn as a witness were missing. These are page 5 and 6 of Edward Anderson's deposition transcript that states that "Edward E. Anderson having been duly sworn, testified as follows." These two pages are attached as Exhibit "A" hereto.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this Declaration was executed this 24th day of April, 2008, at Sacramento, California.

/s/ _____
SANDRA ADAMS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 581 5300

FIRMWIDE:85029578.1 009001.1303        2.        07-cv-3527 WHA

DECLARATION OF SANDRA ADAMS ISO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT "A"

EDWARD E. ANDERSON                                              01/08/08

| | |
|---|---|
| 1 | San Francisco, California, Tuesday, January 8, 2008 |
| 2 | 10:03 a.m. - 3:40 p.m. |
| 3 | |
| 4 | |
| 10:03:29  5 | VIDEOGRAPHER: Good morning. Here begins |
| 10:03:32  6 | videotape number one in the deposition of Edward |
| 10:03:34  7 | Anderson in the matter of Edward Anderson versus AMR, |
| 10:03:39  8 | The Parent of American Airlines, in the United States |
| 10:03:43  9 | District Court, Northern District of California, Case |
| 10:03:47 10 | Number 07-CV-3527 WHA. |
| 10:03:55 11 | Today's date is January 8th, 2008. The time is |
| 10:04:02 12 | 10:03 a.m. This deposition is being taken at 650 |
| 10:04:07 13 | California Street, San Francisco, California. |
| 10:04:10 14 | The videographer is Marty Majdoub, here on |
| 10:04:13 15 | behalf of Sarnoff Court Reporters and Legal |
| 10:04:15 16 | Technologies, located at Irvine, Los Angeles, San |
| 10:04:18 17 | Francisco, California. |
| 10:04:21 18 | Would all counsel present please identify |
| 10:04:23 19 | yourselves and state whom you represent. |
| 10:04:25 20 | MR. O'BRIEN: Ken O'Brien for American |
| 10:04:26 21 | Airlines. |
| 10:04:28 22 | MR. ROESTI: I'm Frederick C. Roesti |
| 10:04:31 23 | representing Mr. Anderson. |
| 10:04:33 24 | VIDEOGRAPHER: Would the court reporter please |
| 10:04:35 25 | swear in the witness. |

5

EDWARD E. ANDERSON                                              01/08/08

|          |    |                                                           |
|----------|----|-----------------------------------------------------------|
|          | 1  | EDWARD E. ANDERSON,                                       |
|          | 2  | having been duly sworn, testified as follows:             |
|          | 3  |                                                           |
|          | 4  |                                                           |
|          | 5  | EXAMINATION                                               |
| 10:04:45 | 6  | BY MR. O'BRIEN:                                           |
| 10:04:45 | 7  |   Q   Good morning, Mr. Anderson.                         |
| 10:04:47 | 8  |   A   Good morning.                                       |
| 10:04:48 | 9  |   Q   We've met before, but I'll introduce myself         |
| 10:04:50 | 10 | again on the record. I'm Ken O'Brien. I'm here            |
| 10:04:53 | 11 | representing American Airlines. And we're going to be     |
| 10:04:55 | 12 | joined, hopefully soon, by one of the other lawyers who   |
| 10:05:00 | 13 | works in-house at American Airlines, and we'll both be    |
| 10:05:05 | 14 | at the evaluation tomorrow as well.                       |
| 10:05:09 | 15 |       Have you had your deposition taken before,          |
| 10:05:10 | 16 | Mr. Anderson?                                             |
| 10:05:11 | 17 |   A   Yes, I have.                                        |
| 10:05:12 | 18 |   Q   How many times?                                     |
| 10:05:15 | 19 |   A   Approximately three that I can remember.            |
| 10:05:19 | 20 |   Q   Were they in lawsuits that you were a party to?     |
| 10:05:22 | 21 |   A   Yes, they were.                                     |
| 10:05:24 | 22 |   Q   All three of them?                                  |
| 10:05:25 | 23 |   A   All three.                                          |
| 10:05:26 | 24 |   Q   Do you remember if you were a plaintiff or a        |
| 10:05:28 | 25 | defendant in those suits?                                 |

6