# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Anderson,<br><br>        Plaintiff(s),<br><br>  v.<br><br>AMR,<br><br>        Defendant(s). | No. C 07-03527 WHA ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE *(second)* session on (date) __April 15, 2008__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO

Dated: __April 25, 2008__

*/s/ signature/*
Evaluator, John L. Beers
Fisher & Phillips
One Embarcadero Ctr., Ste. 2340
San Francisco, CA 94111

**Certification of ADR Session**
07-03527 WHA ENE