```
Law Office of Frederick C. Roesti
1095 Market Street #419
San Francisco, CA 94103
Tel 415-552-3733
Fax 415-552-3733
E-mail: frederickcroesti@aol.com
Attorney for Plaintiff
Edward E. Anderson
```

FILED
08 MAY 15 AH 9:18

IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-BRANCH

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>AMR The parent of AMERICAN AIRLINES INC. AMERICAN AIRLINES and Does 1 through 5, inclusive,<br><br>    Defendants | Case No. 07-03527WHA<br><br>DECLARATION OF EDWARD ANDERSON IN OPPOSITION TO SUMMARY JUDGMENT<br><br>Date: May 29, 2008<br>Time: 8:30 a.m.<br>Court: 9<br><br>Honorable William Alsup |

I, Edward Anderson, declare:

1. I am the plaintiff in this case.

2. I am age 75. The next oldest sky cap is Patrick Jack, whom be close to 60 years old. The rest of the skycaps are younger.

3. I was first employed by American Airlines after it was purchased by TWA. The Agreement provided that skycaps from TWA were to remain on status quo, so that we could exercise seniority over all sky caps at American Airlines because of the status quo agreement,

Case No. 07-03527 WHA
Declaration of Edward Anderson      1

and because we were employees of American Airlines, who were to have preference over all other sky caps that were employed by independent contractors for American Airlines.

4. I brought up my request for a six hour shift in December, 2001. I was told I not be allowed to work a six hour shift because American Airlines did not have any six hour shifts in an departments. I was then was then assigned to work from 10:00 to 2:00. I protested. I informed Ron Olsen and the station manager that I was entitled to a six hour shift according the to the status quo agreement, approved by a Bankruptcy Court Order. I told Ron Olsen to check with Dallas (the headquarters for American Airlines).

5. About a month later, Ron Olsen came back up to me and told that I was right about my seniority due to the status quo agreement. I responded and said, "So, I will get my six hour shift back." He answered, "No." Then he changed my shift from 10 to 2 to 8:00 a.m. t 12:00 Noon. I wanted to work from 8:00 to 2:00.

6. From December, 2001 to August 15, 2005, I was not informed of any other shift, and was given no opportunity to bid on shifts. By August 15, 2005, there were two skycaps from TWA remaining, Mr. Alonzo Brown and me.

7. On about August 15, 2005, I had a private meeting with Ron Olsen when he wanted me to sign an agreement to work for the $2 baggage charge. At that time, I talked with him about my shift. I asked if I could keep my tips without the $2 baggage service fee, due to the status quo agreement. He siad, "No," then I replied, "Does that mean I will get my six hour shift." I asked about the six hour shift because I knew the $2 per bag service charge would significantly reduce my tip income. I had learned that other American Airline Employees could work for six shifts, and some G-2 sky caps were working a six hour shift. My request to work a work a six hour shift in August, 2001 was denied, although other people worked six hour shifts, and I had more seniority than any of them.

Case No. 07-03527 WHA  
Declaration of Edward Anderson         2

8. When I came to American Airlines from TWA, American Airlines had about seven African America skycaps in all, and there were for three American Airline skycaps on my shift. Now there are only two African American sky caps in total, and I am the only remaining African America on my shift.

I have read the above affidavit and affirm under penalty of perjury under the laws of the State of California and the laws of the United States of America, that it is true and correct and that I have executed this Declaration on May 9, 2009 in San Francisco, California.

Edward Anderson



Case No. 07-03527 WHA
Declaration of Edward Anderson