FILED

MAY 19 PM 1: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Law Office of Frederick C. Roesti
1095 Market Street #419
2  San Francisco, CA 94103
Tel 415-552-3733
3  Fax 415-552-3733
E-mail: frederickcroesti@aol.com
4  Attorney for Plaintiff
Edward E. Anderson
5

6                    IN THE UNITED STATE DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO-BRANCH

9  EDWARD E. ANDERSON,                    ) Case No. 07-03527WHA
                                          )
10        Plaintiff,                       )
                                          )
11        v.                               ) DECLARATION OF FREDERICK C.
                                          ) ROESTI IN OPPOSITION TO
12  AMR The parent of AMERICAN             ) DEFENDANT'S SUMMARY JUDGMENT
   AIRLINES INC. AMERICAN AIRLINES        ) MOTION.
13  and Does 1 through 5, inclusive,       )
                                          ) Date: May 29, 2008
14        Defendants                       ) Time: 8:00 a.m.
                                          ) Court: 9
15                                         )
                                          ) Hon. William Alsup
16                                         )
                                          )
17                                         )
                                          )
18  _____)

19  _____

      I, Frederick C. Roesti, declare:
20
      1. I am the attorney for plaintiff Edward Anderson. I can provide competent
21
   testimony regarding the following if call to testify.
22
      2. I request the court accept this declaration and exhibits for filing even though it is
23
   served and filed after the memorandum of points and in opposition to defendant's summary
24
   judgment motion that was served and filed on Thursday, May 15, 2008 because it is limited to
25
   providing the documentary evidence that is cited in the memorandum and this request does not
26

27        Case No. 07-03527 WHA
          Declaration of Frederick C. Roesti
28        in opposition to summary judgment          1

prejudice defendants because this evidence was in defendant's hands since the date it took plaintiff's deposition.

3. After I filed and served the memorandum and declaration of Edward E. Anderson on May 15, 2008, fourteen days before the May 29, 2008 hearing date, which I thought in good faith was filed in a timely manner based on the legal research of my law clerk regarding the filing deadlines, I received a telephone call from the court's clerk, informing me that the memorandum was in fact due 21 days before the hearing date. The clerk stated she would talk with the court to advise me how the court preferred I proceed. I am filing this declaration while I am waiting for the clerk to advise how the court would prefer I proceed.

4. Mr. Anderson filed his complaint in State Court. It was removed to Federal Court on the grounds of diversity, although it only pleaded state causes of action, because Defendant American Airlines, although operating out of the San Francisco International Airport, for purposes of diversity jurisdiction, claimed citizenship in a state other than California.

5. I substituted in as plaintiff's attorney, and we requested Early Neutral Evaluation to determine if the parties could reach a settlement in good faith, after Defendants had an opportunity to take the deposition of Plaintiff Anderson, but before Plaintiff commenced discovery. We were not able to do that.

6. I am submitting this Declaration to provide the Deposition Transcript Excerpts that are referenced in plaintiff's memorandum of points and authorities in opposition to defendant's motion for summary judgment. I was present at the deposition of plaintiff Edward Anderson, and testify that the deposition transcript excepts are true excerpts of the deposition transcript..

7. A true copy of the Transcript excerpts of the Deposition of Edward E. Anderson that are referred to in his memorandum of points and authorities in opposition to summary

Case No. 07-03527 WHA
Declaration of Frederick C. Roesti
in opposition to summary judgment          2

judgment are attached hereto as Exhibit 1.

8. The deposition transcript excerpts at Exhibit I include transcript pages 38-40, 53-55, 67, 69, 74-76, 89-92, 98-102, 131-136, 142, 181..

9. The memorandum of points and authorities in opposition to defendant's summary judgment motion and the deposition transcript refer to and describe statements provided by other sky caps who work for America Airlines at the San Francisco International Airport regarding the treatment of plaintiff. These statements document the manner in which plaintiff was isolated, and ostracized by management, and treated in a discriminatory manner by defendant American Airlines, and the manner in which plaintiff continues to be isolated, ostracized, and treated in a discriminatory manner by American Airlines.

10. A true copy of those questionnaires and statements from other sky caps who work at American Airlines, either as employees of G-2, contracted to perform sky cap services at America Airlines is attached hereto as Exhibit 2.

11. The memorandum of points and authorities and deposition transcripts refer to a letter that American Airlines presented to Mr. Anderson for his signature in December, 2005 after defendant American Airlines instituted its $2 dollar per bag service fee in August, 2005. A true cop of this letter is attached hereto as Exhibit 3.

I have read the above statement and declare under penalty of perjury under the laws of the State of California and the United States of America that it is true and accurate and that it was executed in San Francisco, California on Monday, May 19, 2008.

Dated May 19, 2008

Frederick C. Roesti

Case No. 07-03527 WHA
Declaration of Frederick C. Roesti
in opposition to summary judgment

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24 **EXHIBIT NO. 1 TO ROESTI DECLARATION**
25
26 **EDWARD ANDERSON DEPOSITION EXCERPTS**
27 Case No. 07-03527 WHA
    Declaration of Frederick C. Roesti
28 in opposition to summary judgment

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


EDWARD E. ANDERSON,

                    Plaintiff,

vs.                                  No. 07-CV-3527 WHA

AMR, The Parent of AMERICAN
AIRLINES, INC; AMERICAN AIRLINES,
and DOES 1 through 5, inclusive,

                    Defendants.            CERTIFIED
                                           COPY

_____


DEPOSITION OF EDWARD E. ANDERSON

San Francisco, California

Tuesday, January 8, 2008


REPORTED BY:
LYNNE LEDANOIS
CSR No. 6811

Job No. 79526

877.955.3855
www.sarnoffcourtreporters.com


SARNOFF
Court Reporters and
Legal Technologies

45:48  1    customer service -- and then the station manager --

46:02  2         Q    Do you recall that person's name?

46:03  3         A    No, I can't -- I had it written down, but I

46:08  4    can't recall his name.  His first name was Arthur.

46:11  5    That's all I can tell you.

46:14  6         Q    And did you meet one-on-one -- let's just start

46:19  7    with Mr. Olson.

46:21  8         Did you meet one-on-one with him or was it part

46:23  9    of the group meeting with other skycaps?

46:25 10         A    It was a group meeting with the rest of the TWA

46:28 11    skycaps.

46:29 12         Q    Was there one meeting with him or more than

46:31 13    one?

:46:32 14        A    We only had one at that time.

:46:40 15        Q    Do you remember what Mr. Olson said in that

:46:43 16    meeting?

:46:45 17        A    Mr. Olson told us American's policy and all

:46:48 18    that.  Then me of all the rest, I'm the only one that

:46:54 19    said, well, aren't we here under the TWA clauses, you

:46:58 20    know.  And he said, oh, no, this is -- he told me no.

:47:02 21    And I said, well, I think we are, because our lawyer

:47:05 22    told us that things would continue as the court has --

:47:14 23        Q    I'm sorry.  I lost you.

:47:19 24        A    Everything stays as is.

:47:19 25        Q    Okay.  You said that to Mr. Olson?

38

10:47:22  1      A    I said it.  Then he said, oh, no, no, no.

10:47:27  2      Q    Now, you said a moment ago that he said what

10:47:33  3  American Airlines policy is?

10:47:36  4      A    Policies were at that time.  Informed us on

10:47:37  5  what to expect from American Airlines, and if we wanted

10:47:40  6  to -- you know, agreed with them and all that.

10:47:44  7      Q    Do you remember what he said in that regard?

10:47:46  8      A    Well, I do remember, because I told him they

10:47:52  9  came around and gave my shifts and told me there was

10:47:55 10  going to be a four-hour shift.  And I said, well,

10:47:58 11  everything is supposed to be status quo.  He said, what

10:48:02 12  do you mean?  I said that it's supposed to be status quo

10:48:05 13  because we were under this court order.

10:48:09 14           And he said, oh, no, you're not under no court

10:48:12 15  order.  You're here under American Airlines.  I said,

10:48:16 16  no, we are under a court order.  He said, oh, no.  I

10:48:19 17  said, well, I'll tell you what, you better call Dallas

10:48:21 18  and find out for sure.

10:48:22 19      Q    Did you speak to him again about that?

10:48:24 20      A    Yes.  In fact, he came to me about two or three

10:48:26 21  weeks later.

10:48:27 22      Q    What did he say to you?

10:48:28 23      A    He said, you're right.  He said -- but he still

10:48:35 24  did not give me the added hours that I was supposed to

10:48:38 25  be under, the same as TWA.

39

```
10:48:41  1          Q    Okay.  So let me see if I understand.
10:48:46  2               You mentioned a moment ago that you thought
10:48:49  3     there were a total of maybe nine skycaps on your shift
10:48:54  4     at TWA --
10:48:55  5          A    Yes.
10:48:56  6          Q    -- and about 12 to 13 skycaps at TWA
10:48:59  7     altogether --
10:49:00  8          A    Yes.
10:49:00  9          Q    -- just before the acquisition?
10:49:02 10          A    Well, close to that, yes.
10:49:03 11          Q    I understand.  It's approximate.
10:49:07 12               Do you know if all of the TWA skycaps became
10:49:12 13     American Airlines employee skycaps?
10:49:17 14          A    No, they did not.
10:49:18 15          Q    When you became an American Airlines skycap,
10:49:23 16     can you estimate for us how many other TWA skycaps also
10:49:28 17     joined American?
10:49:30 18          A    From San Francisco, I think it was six of us.
10:49:43 19          Q    When you joined American, were you the most
10:49:47 20     senior skycap at TWA?
10:49:50 21          A    No.  I was the lowest.
10:49:52 22          Q    Okay.  And do you know if the skycaps who
10:49:56 23     joined American joined because of their seniority at
10:50:00 24     TWA?
10:50:02 25          A    No, I don't know that.
```

40

EDWARD E. ANDERSON

06:14  1          Q    Did Arthur ever get back to you and tell you

06:21  2    what your hours were going to be?

06:23  3          A    Arthur didn't, but he had Mr. Olson.

06:26  4          Q    We've already talked about what Mr. Olson told

06:28  5    you?

06:29  6          A    M-hm.

06:29  7          Q    Yes?  You have to answer with words.  He talked

06:33  8    to you about it?

06:33  9          A    And told me that I was right and that we were

06:36 10    under the court order and that my seniority, I should be

06:42 11    able to pick the time I want to come to work, you

06:44 12    know -- well, not just me pick the time.

06:49 13               But then he asked me what would I consider to

06:52 14    be a good time.  That was after, you know.  I said,

06:54 15    well, 6:30 or 6:00.  He said, oh, no, we have too many

06:59 16    on that one.  He said -- I said, okay, 8:00.  And he

07:03 17    said, fine.  He said, you'll work from 8:00 to 4:00.

07:07 18          Q    Did that change?

07:09 19          A    No.  That's what I've been on ever since then,

07:12 20    but I still did not get my six hours that I should have.

07:16 21          Q    You just said he told you 8:00 to 4:00?

07:20 22          A    Yes -- I mean 8:00 to 12:00.  I'm sorry.

07:27 23          Q    That's fine.  I just wanted to clarify.

07:29 24               So Mr. Olson is the one who told you that you

07:30 25    would be working from 8:00 to noon?

53

| | | |
|---|---|---|
| :33 | 1 | A    Right. |
| 7:39 | 2 | Q    When did you first, if you can recall -- well, |
| 7:43 | 3 | never mind that. |
| 7:44 | 4 | When you began working for American Airlines in |
| 7:48 | 5 | 2001, the skycaps did not collect this $2 per bag fee; |
| 07:56 | 6 | right? |
| 07:57 | 7 | A    No, they did not. |
| 07:58 | 8 | Q    That went into effect in '05, I believe; right? |
| 08:02 | 9 | A    Yes. |
| 08:02 | 10 | Q    So let's talk about -- let's move from the |
| :08:05 | 11 | period when American acquired TWA and we'll move forward |
| :08:09 | 12 | to when that fee was instituted, but not quite there |
| :08:14 | 13 | yet.   Okay? |
| .:08:17 | 14 | MR. ROESTI:  Will this be a good time for a |
| 1:08:20 | 15 | break? |
| 1:08:20 | 16 | MR. O'BRIEN:  Yes.  Good.  Let's take a short |
| 1:08:22 | 17 | break, and I can look the documents that you and |
| .1:08:24 | 18 | Mr.~Anderson have that we've talked about earlier. |
| 11:08:28 | 19 | VIDEOGRAPHER:  We are now going off the video |
| 11:08:30 | 20 | record.  The time is 11:07 a.m. |
| | 21 | (Recess Taken.) |
| 11:24:05 | 22 | VIDEOGRAPHER:  We are now back on the video |
| 11:24:07 | 23 | record.  The time is 11:23 a.m. |
| 11:24:09 | 24 | BY MR. O'BRIEN: |
| 11:24:10 | 25 | Q    Let's go back chronologically, Mr.~Anderson, to |

54

EDWARD E. ANDERSON

24:14  1    the point where I think we left off.  We had gotten to

24:16  2    the point where the acquisition of TWA had gone through

24:19  3    and you had started working as a skycap for American,

24:22  4    and now we will move forward, but prior to the time that

24:27  5    the $2 per bag charge was instituted, all right, so

24:32  6    that's the time period for these questions I'm going to

24:35  7    be asking you.

:24:37  8        A    All right.

:24:39  9        Q    When you started working as a skycap for

:24:41  10   American in 2001, did you have a set location at the

:24:46  11   curb that you always took during your shift?

:24:50  12       A    No.

:24:51  13       Q    How would you determine what position --

:24:54  14            MR. ROESTI:  Wait a minute.

:24:55  15            You indicated with your hand that you might

.:24:57  16   want to say more.  Did you complete your answer?

.:24:59  17            THE WITNESS:  Well, sorry.  I would like to say

l:25:01  18   more.

l:25:02  19   BY MR. O'BRIEN:

1:25:02  20       Q    Sure.

1:25:07  21       A    I had a location.  It was at the west end of

1:25:09  22   the airport.  All the contractors were down where the

1:25:13  23   heavy traffic came and I was up at the other end.  There

1:25:16  24   was about three others up there with me at the time.

.1:25:19  25   There was always three of us up there.

| | | |
|---|---|---|
| 38:33 | 1 | A   Yes. |
| 38:39 | 2 | Q   Let's go back then to the period between |
| 38:41 | 3 | December of '01, when American took -- when you went to |
| :38:46 | 4 | work for American, and before the time that the bag |
| :38:49 | 5 | charge was instituted. |
| :38:51 | 6 | Did you have any kind of physical work station |
| :38:55 | 7 | or podium that you worked at or were regularly assigned |
| :39:00 | 8 | to during that period? |
| .:39:02 | 9 | A   This was before?  Yes. |
| .:39:07 | 10 | MR. ROESTI:  I want you to be clear on the time |
| l:39:09 | 11 | period.  Don't just say "this is before." |
| l:39:11 | 12 | So what time period are you talking about? |
| :39:13 | 13 | MR. O'BRIEN:  I said several times after |
| 1:39:15 | 14 | December of '01, but before the bag charge was |
| 1:39:19 | 15 | instituted. |
| .1:39:20 | 16 | BY MR. O'BRIEN: |
| .1:39:21 | 17 | Q   So go ahead. |
| l1:39:22 | 18 | A   You asked me did I have a station? |
| l1:39:26 | 19 | Q   Yes. |
| 11:39:27 | 20 | A   No, I did not have -- well, I could work up |
| 11:39:32 | 21 | there at the west end, any one of the podiums that were |
| 11:39:35 | 22 | up there, which was three to four podiums, depending on |
| 11:39:40 | 23 | how busy they were. |
| 11:39:52 | 24 | Q   When customers -- strike that. |
| 11:39:54 | 25 | When people would drive in to the curb to check |

67

EDWARD E. ANDERSON

| | |
|---|---|
| 41:12 1 | to the time that the bag charge was instituted, did you |
| 41:18 2 | ever put in for a transfer to any other city that |
| 41:23 3 | American flew out of? |
| 41:24 4 | A   We were not allowed to put in for a transfer by |
| :41:28 5 | court order.  Everything stayed status quo.  We were not |
| :41:34 6 | allowed to work any overtime.  All this stuff was on the |
| :41:38 7 | status quo. |
| :41:40 8 | Q   So my understanding is, you did not try to |
| :41:46 9 | transfer? |
| :41:46 10 | A   I spoke verbally to them, and they said that |
| :41:50 11 | the contract -- in fact, when Mr. Olson talked to us, |
| :41:55 12 | TWA skycaps said they went along with Arthur, they told |
| .:42:06 13 | us then that we would not be able to transfer.  They |
| .:42:06 14 | told us this. |
| l:42:07 15 | MR. ROESTI:  And then you said something to |
| l:42:09 16 | them at the time then; is that correct? |
| 1:42:12 17 | THE WITNESS:  I said that's bad.  I would like |
| 1:42:14 18 | to transfer to St. Louis.  But that was it.  You know, |
| 1:42:17 19 | you're not allowed to do those things. |
| 1:42:19 20 | BY MR. O'BRIEN: |
| 1:42:20 21 | Q   That was applied to all of the skycaps? |
| .1:42:23 22 | A   Yes. |
| .1:42:23 23 | Q   And you said a moment ago you could not work |
| .1:42:25 24 | overtime? |
| l1:42:26 25 | A   No overtime. |

69

|            |    |
|------------|----|
| .1:47:38   | 1  | A    No, I never gave up any hours.  I could not
| l1:47:44   | 2  | pick up any hours at all, none whatsoever.
| 11:47:44   | 3  | Q    Would you change shifts to trade days that you
| 11:47:47   | 4  | worked sometimes?
| 11:47:50   | 5  | A    No, because the TWA skycaps were working
| 11:47:56   | 6  | mornings.
| 11:47:58   | 7  | Q    All of them were?
| 11:48:00   | 8  | A    All of them, yes.
| 11:48:01   | 9  | Q    Including you?
| 11:48:02   | 10 | A    M-hm.
| 11:48:02   | 11 | Q    You have to answer yes.
| 11:48:04   | 12 | A    Yes, after I once got it settled that -- I was
| 11:48:10   | 13 | put behind -- I was even put behind the contractors.
| 11:48:13   | 14 | They were working mornings and I was working in the
| 11:48:17   | 15 | evening.  What I mean, I come in at 10:00 and work to
| 11:48:20   | 16 | 2:00.  There's nothing going on at that time.
| 11:48:23   | 17 | Q    And that was something that affected all of the
| 11:48:29   | 18 | TWA skycaps?
| 11:48:31   | 19 | A    No.  Only me.
| 11:48:33   | 20 | Q    What period of time are you talking about?
| 11:48:36   | 21 | A    From 10:00 to 2:00.
| 11:48:37   | 22 | Q    Okay.
| 11:48:38   | 23 | A    When I should have been working early morning,
| 11:48:40   | 24 | because the contractors, they had given all the good
| 11:48:44   | 25 | shifts to them and had me on the worst shift there was.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

EDWARD L. ANDERSON

| | | |
|---|---|---|
| :47 | 1 | Q    You were the least senior of the TWA -- former |
| :51 | 2 | TWA skycaps at that point? |
| ':53 | 3 | A    Yes. |
| 1:53 | 4 | Q    Okay.  I understand.  Let's then move up to |
| 9:00 | 5 | August of 2005, when this bag charge is instituted. |
| 9:06 | 6 | Before the bag charge is instituted, how much |
| 9:10 | 7 | money were you making in tips? |
| 9:13 | 8 | A    Before, I would say anywhere from maybe 75 to |
| 9:18 | 9 | $80, even maybe some days 100. |
| 9:22 | 10 | Q    But you have no record of that? |
| 9:25 | 11 | A    No, I don't have records. |
| 9:30 | 12 | Q    Do you remember earlier this year you filed a |
| 19:32 | 13 | claim with the labor commissioner for lost tips? |
| 19:35 | 14 | A    Yes. |
| 19:35 | 15 | Q    Do you remember the amount that you claimed to |
| 49:37 | 16 | have been lost? |
| 49:39 | 17 | A    I think I told them anywhere from 75 to $100, I |
| 49:43 | 18 | believe. |
| 49:43 | 19 | Q    Do you remember what the total amount was in |
| 49:45 | 20 | that claim? |
| 49:46 | 21 | A    No, I don't, because -- |
| :49:48 | 22 | MR. ROESTI:  Again, you're talking per day; is |
| :49:50 | 23 | that correct, or per week? |
| :49:52 | 24 | MR. O'BRIEN:  No, I was talking about the |
| :49:54 | 25 | amount of his claim. |

75

EDWARD E. ANDERSON

```
1:49:56   1          MR. ROESTI:  I'm talking about -- he's talking
1:49:59   2   figures 75 to 80.  That was per day.
1:50:02   3          THE WITNESS:  That was per day.
1:50:03   4   BY MR. O'BRIEN:
1:50:03   5      Q   I understand your testimony in that regard, but
1:50:06   6   I've moved on to a different topic.
1:50:08   7          With respect to your labor commissioner claim,
1:50:11   8   you claim total lost tips of $4,000 total; is that
1:50:15   9   right?
1:50:16  10      A   That was for the period of time that -- at that
1:50:19  11   time when I filed, yeah, that was probably it.
1:50:22  12      Q   That was from August of '05 to February of this
1:50:25  13   year -- or February of '07 rather?
1:50:28  14      A   Probably.
1:50:29  15      Q   Okay.  So for that period of time, you claimed
1:50:36  16   that you had lost tips of $4,000?
1:50:39  17      A   Close to it, I guess.
1:50:46  18          At that time when I did that, I figured -- I
1:50:46  19   don't remember exactly what it was, but I figured from
1:50:47  20   the amount of money that I did not get from tips.
1:50:52  21      Q   What are you making in tips now?
1:50:54  22      A   I get anywhere from -- oh, the highest I get, I
1:51:00  23   would say, is about 55, $60, something like that.
1:51:04  24      Q   Per shift?
1:51:06  25      A   And that's on good days.  Most of the time it's
```

76

EDWARD E. ANDERSON

| | | |
|---|---|---|
| 12:04:07 | 1 | the $2-per-bag fee, did you have to start using a podium |
| 12:04:11 | 2 | with a computer on it to do something different than |
| 12:04:14 | 3 | what you had done before that fee was instituted? |
| 12:04:19 | 4 | A    Yes. |
| 12:04:20 | 5 | Q    Did you start working with a podium that had a |
| 12:04:22 | 6 | computer? |
| 12:04:23 | 7 | A    Yes. |
| 12:04:24 | 8 | Q    And was this slightly different than what you |
| 12:04:29 | 9 | had worked with before? |
| 12:04:29 | 10 | A    No. |
| 12:04:30 | 11 | Q    Was there any difference in what you had to do |
| 12:04:32 | 12 | with the computer than what you had done before? |
| 12:04:41 | 13 | A    No. |
| 12:04:42 | 14 | Q    You would look up, for example, their |
| 12:04:43 | 15 | reservation, their itinerary, issue the claim check, |
| 12:04:47 | 16 | issue the bag tag; right? |
| 12:04:49 | 17 | A    Yes. |
| 12:04:49 | 18 | Q    That was true both before the $2 fee went into |
| 12:04:52 | 19 | effect and afterwards? |
| 12:04:54 | 20 | A    No.  My podium was down there with theirs when |
| 12:04:59 | 21 | it started on the 15th. |
| 12:05:00 | 22 | Q    Still at the west end? |
| 12:05:02 | 23 | A    No.  It was at the east end -- |
| 12:05:04 | 24 | Q    Let's back up then. |
| 12:05:04 | 25 | A    -- with them. |

89

EDWARD E. ANDERSON

| | | |
|---|---|---|
| 5:05 | 1 | Q   Let's back up then a minute because we missed |
| 5:09 | 2 | that part. |
| 5:10 | 3 | When you started working as an American |
| 5:12 | 4 | employee, my understanding of your testimony was you |
| 5:15 | 5 | worked at the west end of the curb? |
| 5:17 | 6 | A   Yes. |
| 5:18 | 7 | Q   Did you change to the east end at some point? |
| 5:20 | 8 | A   They had us over at the east end only when they |
| 5:23 | 9 | started the initiation of a $2 per bag. |
| 5:27 | 10 | Q   So were all of the skycaps at that point at the |
| 5:30 | 11 | east end? |
| 5:33 | 12 | A   Not all of them, but -- yes, I guess they were. |
| 5:35 | 13 | Because the belt was broke, or something, down at the |
| 5:38 | 14 | other end, so they were all up there. |
| 5:40 | 15 | Q   When the bag fee went into effect in August of |
| 5:42 | 16 | '05, counting you plus any other skycaps who were |
| 5:50 | 17 | working, including the ones who worked for Globe, how |
| 5:53 | 18 | many skycaps would you estimate were working during the |
| 5:56 | 19 | shift you were working? |
| 5:59 | 20 | A   At the east end, you're talking about? |
| 6:04 | 21 | Q   Total. |
| 6:05 | 22 | A   Total, I would say -- well, at that time, it |
| 6:08 | 23 | had to be about six or seven, I believe, including -- |
| 6:12 | 24 | five or six or seven. |
| 6:14 | 25 | Q   Working the same shift as you? |

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

EDWARD E. ANDERSON                    01/08/08

```
:06:16   1        A    Yes.

:06:17   2        Q    How many skycaps work now the same shift as

:06:20   3   you?

:06:21   4        A    Well, it depends on time of the year, but right

:06:24   5   now, there's three down there at their end and I'm up at

:06:28   6   the other end.

:06:31   7        Q    Is three an average for the year?

:06:34   8        A    No.

:06:36   9        Q    What would be the highest number at the present

:06:38  10   time?

:06:39  11        A    I think, if I can remember correctly, to the

:06:43  12   best of my recollection, there would be anywhere from

:06:46  13   five to six on a busy day.

:06:50  14        Q    That would be like, for example --

:06:52  15        A    Weekends.  Holidays.

:06:55  16        Q    -- around Thanksgiving?

:06:57  17        A    And weekends.

:07:01  18        Q    But now you say there were only three skycaps?

:07:05  19        A    Working, yes.

:07:07  20        Q    On the same shift as you?

:07:09  21        A    Yes.  They got rid of some.

:07:11  22        Q    Have you continued to work at the east side?

:07:14  23        A    No.  I only worked at the east end just two

:07:17  24   days when they started the program of the $2 a day.  I

:07:26  25   worked there two days, and they moved me from there --
```

91

EDWARD E. ANDERSON

:07:26   1    up there by myself.  The others were still down there

:07:28   2    after those two days.

:07:30   3         Q    Those are all the Globe contract employees?

:07:33   4         A    Yes, all Globe contractors down there.

:07:37   5         Q    Okay.  Did someone who was a supervisor tell

:07:39   6    you that you need -- this is where you need to work?

:07:42   7         A    Yes.

:07:43   8         Q    Who?

:07:45   9         A    First of all, they had somebody come in from

:07:47  10    Globe.  They had a black lady who was in charge and they

:07:53  11    were setting up -- and they decided to move me from

:07:56  12    there up there by the -- to where I was up by myself.

:08:00  13         Q    My question was a little bit different.

:08:02  14              Did any American employee tell you that?

:08:06  15         A    No, an American employee did not tell me.

:08:08  16    Because they changed my code and everything else when

:08:13  17    they moved me up there.  I had the same code before, and

:08:16  18    they moved me from there up there.  And they changed my

:08:19  19    code and gave me a separate --

:08:24  20              MR. ROESTI:  When you say a phrase like "up

:08:26  21    there," you know, I don't know what you're talking

:08:28  22    about.  So if you could say up there on the east or the

:08:31  23    west end.

:08:32  24              THE WITNESS:  On the west end.

:08:34  25              MR. O'BRIEN:  Okay.  Let's take two seconds so

```
1:04:23   1        Q    That was --
1:04:24   2        A    They were checking the whole American thing,
1:04:26   3   and so they gave me that and they gave me a new code.
1:04:30   4   Then I asked Jocelyn and she said, that's your podium.
1:04:33   5   Nobody is supposed to bother it.  That is yours.
1:04:38   6        Q    Do you know who this person from Seattle was?
1:04:41   7        A    No.  She was with -- overseeing their whole
1:04:45   8   operations.  That's all I know.
1:04:46   9        Q    Was she a Globe employee?
1:04:49  10        A    Could have been.
1:04:49  11        Q    You don't know one way or the other?
1:04:51  12        A    No, I don't know.
1:04:53  13        Q    And then after that, Jocelyn indicated that's
1:04:55  14   your podium?
1:04:56  15        A    That that was my podium.
1:04:58  16        Q    Now, earlier we talked about the fact that when
1:05:01  17   you started working at the curbside for American, there
1:05:06  18   were more skycaps altogether then than there are now;
1:05:12  19   right?
1:05:13  20        A    Yes.
1:05:13  21        Q    So the number of skycaps for American at SFO
1:05:17  22   has gone down over the years?
1:05:19  23        A    Yes.
1:05:21  24        Q    And before you -- when you were describing the
1:05:24  25   physical layout to us earlier, you talked about there
```

98

EDWARD E. ANDERSON

1:05:28  1    being an east curb and a west curb.

1:05:31  2            Does everybody work at the same curb now?

1:05:36  3    A    There is a miscommunication on that.

1:05:38  4    Q    Okay.

1:05:39  5    A    It's one curb.  And there is an east end of the

1:05:42  6    curb and then there is a west end of the -- of American

1:05:46  7    Airlines, you know.  So it's the same curb, but just on

1:05:50  8    different ends of the building.  I'm at the last door of

1:05:55  9    American Airlines.

1:05:56 10    Q    And if I go inside from the curb, is there an

1:06:00 11    American ticket counter inside the whole length of that

1:06:03 12    curb?

1:06:04 13    A    There was until the Midwest and Canadian

1:06:07 14    Pacific -- Canadian Airlines is in there.

1:06:09 15    Q    So the counter is a little bit smaller?

1:06:11 16    A    It's not too much smaller, but it is smaller,

1:06:14 17    yes.

1:06:15 18    Q    And did that move you?

1:06:19 19    A    No.

1:06:20 20    Q    So are you physically in front of the other

1:06:23 21    airlines?

1:06:24 22    A    Yes, I am.

1:06:28 23    Q    Are you under an American Airlines sign?

1:06:30 24    A    No.  I was until they moved those in.  And then

1:06:35 25    before when they moved them in, they had American up

99

| | |
|---|---|
| 6:38 | 1 |
| 6:41 | 2 |
| 6:46 | 3 |
| 06:50 | 4 |
| 06:53 | 5 |
| 07:00 | 6 |
| 07:03 | 7 |
| 07:05 | 8 |
| :07:06 | 9 |
| :07:07 | 10 |
| :07:11 | 11 |
| :07:14 | 12 |
| :07:16 | 13 |
| 1:07:18 | 14 |
| 1:07:19 | 15 |
| 1:07:21 | 16 |
| 01:07:23 | 17 |
| 01:07:24 | 18 |
| 01:07:25 | 19 |
| 01:07:27 | 20 |
| 01:07:28 | 21 |
| 01:07:32 | 22 |
| 01:07:33 | 23 |
| 01:07:33 | 24 |
| 01:07:35 | 25 |

there also.  Then they took American completely out, and they have Midwest and Air Canada now.

Q   Have you -- since that change has occurred where these other airlines have taken over some of the counter space, have you spoken to any of your managers or supervisors about moving down the curb so you're in front of an American ticket counter?

A   They cannot move me down there.

Q   Why is that, sir?

A   Because the belt is up there.  I've got a separate belt up there, and they have a separate belt at the other end.  They are only at each end, the east end and the west end.

Q   Okay.

A   So they would not be able to move me.

Q   I understand that now.  Thanks for clarifying that.

So there are actually two belts and they're totally separate from one another?

A   Correct.

Q   Are you the only skycap servicing American's belt at that point --

A   Yes.

Q   -- or at that location?

A   Yes.

EDWARD _____

| | | |
|---|---|---|
| 01:08:45 | 1 | Q    She said, I don't know? |
| 01:08:46 | 2 | A    I don't know. |
| 01:08:47 | 3 | Q    Did she say she would try to find out why? |
| 01:08:50 | 4 | A    No, she did not say that to me. |
| 01:08:56 | 5 | Q    Have you asked Mr. Olson if you could move to |
| 01:08:58 | 6 | the other belt? |
| 01:08:59 | 7 | A    I used to ask Ron all the time.  I would go |
| 01:09:03 | 8 | back in the back where their office was whenever the |
| 01:09:06 | 9 | machine was broken and I asked them if I could use |
| 01:09:08 | 10 | another podium.  They tell me, no, that's your podium |
| 01:09:11 | 11 | and you stay there.  I said it's broke.  They said, |
| 01:09:14 | 12 | that's your podium.  So that was it. |
| 01:09:18 | 13 | Q    Let me ask you a question about how you |
| 01:09:20 | 14 | actually use the equipment to do your job. |
| 01:09:23 | 15 | Is the podium you use movable? |
| 01:09:26 | 16 | A    Yes. |
| 01:09:26 | 17 | Q    That's on wheels? |
| 01:09:28 | 18 | A    M-hm. |
| 01:09:28 | 19 | Q    You have to answer with words. |
| 01:09:30 | 20 | A    Yes.  I'm sorry. |
| 01:09:31 | 21 | Q    That's okay.  That's fine. |
| 01:09:37 | 22 | So that is portable?  It can be moved? |
| 01:09:37 | 23 | A    Yes. |
| 01:09:38 | 24 | Q    Do you physically push it out in the morning -- |
| 01:09:41 | 25 | A    Yes, I do. |

102

01:40:27  1    you turn it on, supposedly.

01:40:29  2         Q    Is this the head that you're referring to?

01:40:31  3         A    There is a head on the printer, yes.  You raise

01:40:33  4    it up and you rub it with this little alcohol pad that

01:40:36  5    they have for that, and that solves that part of it.

01:40:41  6         Q    So you clean the head and you load blank bag

01:40:48  7    tags?

01:40:48  8         A    Right.

01:40:49  9         Q    Is there any other maintenance?

01:40:50  10        A    And blank boarding cards.  And that's it.

01:41:05  11        Q    Do you know if any of the other skycaps, the

01:41:07  12   ones who work for Globe, do anything to maintain the

01:41:10  13   machines other than these things you've mentioned that

01:41:12  14   you do?

01:41:12  15        A    No, they come up to check mine all the time and

01:41:14  16   see if everything that they know about is working, if

01:41:18  17   it's on, and if they have this.  That's about it.

01:41:23  18        Q    Okay.  When you started working the American

01:41:31  19   curb in 2001, we talked about the fact that you had a

01:41:34  20   machine then that did some of these functions too -- it

01:41:39  21   printed the boarding pass, printed the bag tags, you

01:41:42  22   could check passenger itineraries; right?

01:41:46  23        A    Yes.

01:41:49  24        Q    Was there anything else that those machines did

01:41:52  25   before the $2 fee was instituted that is different than

131

EDWARD L. ANDERSON

| | | |
|---|---|---|
| 01:41:56 | 1 | what they do now? |
| 01:41:57 | 2 | A    No. |
| 01:41:59 | 3 | Q    After the $2 fee was instituted, was there |
| 01:42:03 | 4 | anything additional that the machines did that they did |
| 01:42:06 | 5 | not do before? |
| 01:42:07 | 6 | A    No. |
| 01:42:09 | 7 | Q    To the best of your observation, are they the |
| 01:42:12 | 8 | same kind of machines? |
| 01:42:13 | 9 | A    They are the same machines except when they -- |
| 01:42:19 | 10 | just less than a year ago they bought new monitors and |
| 01:42:24 | 11 | installed them in all of them and keyboard.  We had -- |
| 01:42:28 | 12 | when we first started out, we had just a punch keyboard. |
| 01:42:35 | 13 | Q    Do you have a regular -- |
| 01:42:36 | 14 | A    Right now, they have a keyboard and a different |
| 01:42:40 | 15 | monitor -- |
| 01:42:42 | 16 | Q    But otherwise -- |
| 01:42:43 | 17 | A    -- and a mouse. |
| 01:42:44 | 18 | Q    But are the machines the same otherwise as they |
| 01:42:47 | 19 | were in '01 when you started at American? |
| 01:42:50 | 20 | A    No. |
| 01:42:53 | 21 | MR. ROESTI:  Wait a second. |
| 01:42:58 | 22 | MR. O'BRIEN:  You can ask him questions when |
| 01:43:00 | 23 | you want. |
| 01:43:01 | 24 | BY MR. O'BRIEN: |
| 01:43:01 | 25 | Q    That's why I asked the questions I did a minute |

132

EDWARD ~~~~~~~~~

01:43:04  1    ago.  Let me back up a minute here.

01:43:16  2          Before the bag fee was instituted in '05, the

01:43:21  3    machines that you used, you could use to print a

01:43:25  4    boarding pass, print a bag tag and check itineraries;

01:43:31  5    right?

01:43:32  6        A    No.  Check itineraries, that was -- when they

01:43:36  7    give you an itinerary, you just use that on your

01:43:39  8    computer to bring up the tag and the boarding card.

01:43:42  9        Q    That would print out the final tag for wherever

01:43:45 10    the bag had to go?

01:43:47 11        A    Right.

01:43:47 12        Q    Print out the final destination for the

01:43:51 13    boarding pass?

01:43:52 14        A    Yes.

01:43:52 15        Q    If there were multiple legs, could you print

01:43:55 16    out a boarding pass for each of the legs for the

01:43:58 17    passenger?

01:43:58 18        A    Yes.

01:43:59 19        Q    And the machine as you use it now, you do all

01:44:03 20    of those things too?

01:44:05 21        A    Well, once you put your key in there and you

01:44:07 22    get the person's identification with their name and all

01:44:11 23    that, it prints -- it does it all automatically.  It

01:44:13 24    does the final destination.  If it's for three legs, it

01:44:18 25    automatically does that.  And then you repeat it back to

EDWARD E. ANDERSON

01:44:21  1    the passenger.  And if one of the legs is missing, they

01:44:24  2    say, well, so and so -- you say, well, you have to go

01:44:26  3    inside and they will take care of that for you.

01:44:29  4         Q    You mentioned that recently they changed the

01:44:31  5    monitors?

01:44:32  6         A    Yes.

01:44:32  7         Q    And they gave you keyboards?

01:44:34  8         A    Yes, a keyboard and a mouse.

01:44:38  9         Q    Has the rest of the podium stayed the same over

01:44:41 10    the years?

01:44:42 11         A    Yes, the podium has.

01:44:43 12         Q    Is it the same kind of podium that the Globe

01:44:48 13    contractors use?

01:44:49 14         A    Same.

01:44:49 15              MR. ROESTI:  Same.

01:44:50 16              MR. O'BRIEN:  Thanks for clarifying that.

01:44:57 17              MR. ROESTI:  I --

01:44:58 18              MR. O'BRIEN:  Sorry?

01:44:58 19              MR. ROESTI:  I didn't know if you were done or

01:44:58 20    what you were -- you said something and --

01:44:59 21              MR. O'BRIEN:  I said thank you for clarifying

01:45:01 22    that.

01:45:02 23              MR. ROESTI:  Sorry.

01:45:10 24              MR. O'BRIEN:  No problem.

01:45:10 25              Let's take a five- or ten-minute break.

134

EDWARD E. ANDERSON

| | | |
|---|---|---|
| 01:45:14 | 1 | VIDEOGRAPHER:  We are going off the video |
| 01:45:16 | 2 | record.  The time is 1:44 p.m. |
| | 3 | (Recess Taken.) |
| 01:57:14 | 4 | VIDEOGRAPHER:  We are now back on the video |
| 01:57:15 | 5 | record.  The time is 1:56 p.m. |
| 01:57:17 | 6 | BY MR. O'BRIEN: |
| 01:57:18 | 7 | Q   Mr.~Anderson, let me see if I can try to |
| 01:57:22 | 8 | understand something. |
| 01:57:23 | 9 | Is the reason that you are -- is one of the |
| 01:57:27 | 10 | reasons you're upset with your working conditions now is |
| 01:57:30 | 11 | that you're not working the east end of the curb? |
| 01:57:36 | 12 | A   Well, I would like to be where there is money, |
| 01:57:38 | 13 | yes. |
| 01:57:40 | 14 | Q   So you want to be at the east end of the curb? |
| 01:57:43 | 15 | A   I would like to be where there -- yes. |
| 01:57:44 | 16 | Q   Would you be happy at the west end if the |
| 01:57:47 | 17 | machine worked all the time or if you had one that you |
| 01:57:50 | 18 | could switch to when your regular machine broke? |
| 01:57:53 | 19 | A   Not really, because I'm out there where nobody |
| 01:57:55 | 20 | makes any money at the end.  They all stop down there. |
| 01:57:57 | 21 | They'll be bunched up down at the east end and I'm up |
| 01:58:01 | 22 | there doing nothing for a half-hour, 15, 20 minutes. |
| 01:58:06 | 23 | Nobody comes up there. |
| 01:58:07 | 24 | And then occasionally, somebody who's late for |
| 01:58:10 | 25 | a flight, and they look down there, they will run down |

135

EDWARD E. ANDERSON

| | | |
|---|---|---|
| 01:58:13 | 1 | and say, What's going on?  I say, I'm blackballed. |
| 01:58:16 | 2 | That's all.  They say, What do you mean?  I say, That's |
| 01:58:21 | 3 | all right.  Just give me your identification. |
| 01:58:23 | 4 | And then I check their bag.  And they say, I |
| 01:58:28 | 5 | don't understand it.  All those people down there, and |
| 01:58:29 | 6 | here you are up here doing nothing.  My podium says |
| 01:58:34 | 7 | American Airlines on it, just as big, just like all the |
| 01:58:37 | 8 | rest of it. |
| 01:58:38 | 9 | Q   So the passengers are not driving up there? |
| 01:58:40 | 10 | A   No. |
| 01:58:44 | 11 | Q   And the reason that there is no podiums |
| 01:58:46 | 12 | available at the east end is because that's where the |
| 01:58:49 | 13 | Globe people are already working? |
| 01:58:50 | 14 | A   Correct. |
| 01:58:51 | 15 | Q   And they are already working because they start |
| 01:58:53 | 16 | earlier in the day? |
| 01:58:54 | 17 | A   Yes.  And I'm not supposed to be down there. |
| 01:59:00 | 18 | Q   You're supposed to stay at your station? |
| 01:59:02 | 19 | A   Yes. |
| 01:59:03 | 20 | Q   Is there any reason you cannot start earlier? |
| 01:59:05 | 21 | A   That I can't do what? |
| 01:59:07 | 22 | Q   Start earlier in the workday. |
| 01:59:08 | 23 | A   It still would be for four hours.  I don't care |
| 01:59:11 | 24 | what time I start.  I tried to get earlier when they -- |
| 01:59:14 | 25 | I tried even 6:30, and they told me no, that was too |

EDWARD E. ANDERSON

| | | |
|---|---|---|
| 02:04:11 | 1 | THE WITNESS: But it was not in 2005. This was |
| 02:04:15 | 2 | in 2001 when that took place. |
| 02:04:21 | 3 | BY MR. O'BRIEN: |
| 02:04:21 | 4 | Q When you suggested 8:00 as the start? |
| 02:04:24 | 5 | A I did not suggest it. This was after he had |
| 02:04:28 | 6 | given me a shift of 10:00 to 2:00 in '02 -- I mean, '01, |
| 02:04:34 | 7 | whenever it was, when I first began, and I told him then |
| 02:04:38 | 8 | that you do not put any contractors over a regular |
| 02:04:43 | 9 | employee, and he told me, I can do anything I want. I |
| 02:04:47 | 10 | do it. He said, I'm going to do. I said, Well, you're |
| 02:04:52 | 11 | wrong. I said, If you don't believe me, check with |
| 02:04:55 | 12 | Dallas. Because we're under court order that everything |
| 02:04:58 | 13 | stayed as status quo. |
| 02:05:00 | 14 | And as it was, status quo, I was working six |
| 02:05:06 | 15 | hours for TWA, and I should have came over at American |
| 02:05:06 | 16 | working six hours too. |
| 02:05:06 | 17 | Now, American Airlines does honor everything |
| 02:05:10 | 18 | else that was in that status quo, like you cannot |
| 02:05:13 | 19 | transfer, things of the nature like that, they honor |
| 02:05:18 | 20 | that. |
| 02:05:18 | 21 | Q What did you say to him, though, about the |
| 02:05:20 | 22 | start time -- about changing the start time? |
| 02:05:23 | 23 | A He did not change it until about three weeks |
| 02:05:26 | 24 | later, approximately three weeks later. |
| 02:05:27 | 25 | Q I understand that when he did it -- |

142

| | | |
|---|---|---|
| 03:19:29 | 1 | Q    And who did you ask? |
| 03:19:31 | 2 | A    At the time, it was Ron Olson and Mr. -- |
| 03:19:33 | 3 | Arthur. |
| 03:19:37 | 4 | Q    Mr. Arthur?  Do you know last name -- is that |
| 03:19:42 | 5 | the first name or last name? |
| 03:19:45 | 6 | A    That was his first name. |
| 03:19:47 | 7 | Q    And what reason did Mr. Olson -- did Mr. Olson |
| 03:19:52 | 8 | allow you to work six hours a day? |
| 03:19:54 | 9 | A    No, he did not. |
| 03:19:55 | 10 | Q    Did he give you a reason why you could not? |
| 03:19:57 | 11 | A    Yes. |
| 03:19:58 | 12 | Q    What was his reason? |
| 03:19:59 | 13 | A    The reason was that nobody in American Airlines |
| 03:20:00 | 14 | system in San Francisco works six-hour shift days. |
| 03:20:06 | 15 | Q    And since that time, have you determined |
| 03:20:08 | 16 | whether there are people in the American Airlines system |
| 03:20:11 | 17 | that work six-hour days? |
| 03:20:13 | 18 | MR. O'BRIEN:  Objection, lack of foundation. |
| 03:20:17 | 19 | THE WITNESS:  Less than a week after that, I |
| 03:20:18 | 20 | found out that there were agents working six hours a |
| 03:20:22 | 21 | day, ticket agents.  And down on the ramp they had other |
| 03:20:26 | 22 | guys working part-time. |
| 03:20:27 | 23 | BY MR. ROESTI: |
| 03:20:28 | 24 | Q    When you say "down on the ramp," what do you |
| 03:20:29 | 25 | mean? |

184

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT NO. 2 TO ROESTI DECLARATION

25
26

# QUESTIONNAIRE STATEMENTS OF SKY CAPS

27

Case No. 07-03527 WHA
Declaration of Frederick C. Roesti

28

in opposition to summary judgment

# This is a confidential questionnaire for EDWARD ANDERSON

The answers to these questions shall not be given to your employer without your permission. The information is for Ed Anderson's attorney, Fred Roesti, Tel 415-552-3733.

1. Name KURT DEANG _____ Telephone (650) 359-2132 .

2. Age 37 .

3. How long have you worked as a Skycap at SFO? 20 YEARS .

4. What is your location on the curb? EAST END OF AMERICAN CURB .

5. What is Ed Anderson's location on the curb? WEST END .

6. How much has your income decreased since the $2.00 per bag charge? 50% .

7. When Ed Anderson's computer breaks down can he use other computers? NO .

8. Are you allowed to use more than one computer? YES .

9. Is Ed Anderson prohibited from using more than one computer? YES .

10. Do you have bag runners to carry golf clubs and special items to the belt? YES .

11. Does Ed Anderson have bag runners to carry special items to the belt? NO .

12. How many hours is your shift? 32/HR WEEK .

13. Is Ed Anderson treated unfairly by his employer? YES .

Explain: COMPUTER BROKE OFTEN / NO CARTS ON HIS END .

_____

14. May we use your name to support Ed's case? YES .

My answers are true.

Dated: 10-31-07

Signature Kurt

## This is a confidential questionnaire for EDWARD ANDERSON

The answers to these questions shall not be given to your employer without your permission. The information is for Ed Anderson's attorney, Fred Roesti, Tel 415-552-3733.

1. Name *PATRICK JACK*                Telephone *(650) 347-4583*.

2. Age *57*.

3. How long have you worked as a Skycap at SFO? *17 YEARS*.

4. What is your location on the curb? *EAST END AMERICAN CURB*.

5. What is Ed Anderson's location on the curb? *WEST END*.

6. How much has your income decreased since the $2.00 per bag charge? *30 %*.

7. When Ed Anderson's computer breaks down can he use other computers? *NO*.

8. Are you allowed to use more than one computer? *YES*.

9. Is Ed Anderson prohibited from using more than one computer? *YES*.

10. Do you have bag runners to carry golf clubs and special items to the belt? *SOME TIMES*.

11. Does Ed Anderson have bag runners to carry special items to the belt? *NO*.

12. How many hours is your shift? *32 HRS. PER WEEK*.

13. Is Ed Anderson treated unfairly by his employer? *YES*.

Explain: *COMPUTER BRAKES OFTEN*

14. May we use your name to support Ed's case? *YES*.

My answers are true.

Dated: *12-31-07*

*Patrick Jack*
Signature

# This is a confidential questionnaire for EDWARD ANDERSON

The answers to these questions shall not be given to your employer without your permission. The information is for Ed Anderson's attorney, Fred Roesti, Tel 415-552-3733.

1. Name _PIDEL LACAMARA_ Telephone _(510) 207-9122_.

2. Age _50_.

3. How long have you worked as a Skycap at SFO? _9 YEARS_.

4. What is your location on the curb? _EAST END OF AMERICAN CURB_.

5. What is Ed Anderson's location on the curb? _WEST END_.

6. How much has your income decreased since the $2.00 per bag charge? _FROM SKYCAP TO BAG RUNNER_

7. When Ed Anderson's computer breaks down can he use other computers? _NO_.

8. Are you allowed to use more than one computer? _YES_.

9. Is Ed Anderson prohibited from using more than one computer? _YES_.

10. Do you have bag runners to carry golf clubs and special items to the belt? _YES_.

11. Does Ed Anderson have bag runners to carry special items to the belt? _NO_.

12. How many hours is your shift? _32/HR_.

13. Is Ed Anderson treated unfairly by his employer? _YES_.

Explain: _OFTEN WHEN COMPUTER DOWN_

14. May we use your name to support Ed's case? _YES_.

My answers are true.

Dated:_11-1-07_

Signature

_11-1-07_

## This is a confidential questionnaire for EDWARD ANDERSON

The answers to these questions shall not be given to your employer without your permission. The information is for Ed Anderson's attorney, Fred Roesti, Tel 415-552-3733.

1. Name _REY LLORERA_ Telephone _(650) 784-6052_

2. Age _39_.

3. How long have you worked as a Skycap at SFO? _APPROX. 20 YRS._

4. What is your location on the curb? _EAST END OF AA CURB_

5. What is Ed Anderson's location on the curb? _WEST END OF AA CURB_

6. How much has your income decreased since the $2.00 per bag charge? _50%_

7. When Ed Anderson's computer breaks down can he use other computers? _No_

8. Are you allowed to use more than one computer? _YES_

9. Is Ed Anderson prohibited from using more than one computer? _YES_

10. Do you have bag runners to carry golf clubs and special items to the belt? _YES_

11. Does Ed Anderson have bag runners to carry special items to the belt? _No_

12. How many hours is your shift? _28 HRS / WEEK_

13. Is Ed Anderson treated unfairly by his employer? _YES_

Explain: _IF HIS COMPUTER BREAKS DOWN HE CAN'T CHECK BAGS ANYMORE._

14. May we use your name to support Ed's case? _YES_

My answers are true.

Dated: _11-05-07_

Signature

# This is a confidential questionnaire for EDWARD ANDERSON

The answers to these questions shall not be given to your employer without your permission. The information is for Ed Anderson's attorney, Fred Roesti, Tel 415-552-3733.

1. Name __Stephen Olson__ Telephone _____.

2. Age __52__.

3. How long have you worked as a Skycap at SFO?___ 20 years ___.

4. What is your location on the curb?___ ~~East~~ third ___.

5. What is Ed Anderson's location on the curb?___ First ___.

6. How much has your income decreased since the $2.00 per bag charge?___ $100 da.

7. When Ed Anderson's computer breaks down can he use other computers? every Month

8. Are you allowed to use more than one computer? ___ yes ___.

9. Is Ed Anderson prohibited from using more than one computer?___ yes ___.

10. Do you have bag runners to carry golf clubs and special items to the belt?___ no ___.

11. Does Ed Anderson have bag runners to carry special items to the belt? ___ no ___.

12. How many hours is your shift? ___ 33 hrs ___.

13. Is Ed Anderson treated unfairly by his employer?___ yes ___.

   Explain:___ Machines Broke ___

   _____

   _____

14. May we use your name to support Ed's case? ___ yes ___.

   My answers are true.

   Dated: __10 31 05__

   Signature __Stephen Olson__

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   **EXHIBIT NO. 3 TO ROESTI DECLARATION**

25

26   **AMERICAN AIRLINE LETTERS TO ANDERSON**

27      Case No. 07-03527 WHA
        Declaration of Frederick C. Roesti
28      in opposition to summary judgment

# AmericanAirlines®

August 11, 2005

Dear Edward Anderson:

In today's highly competitive environment, American must constantly change and adapt to meet the needs of our customers, while doing everything we can to return to profitability. Throughout every aspect of our operation, we are finding new ways of doing business that lower costs and build for our financial future.

One of the initiatives that we are currently testing in other cities is charging a $2 fee for each bag checked at curbside. We are working with our vendors in these locations to identify opportunities to lower costs while continuing to provide outstanding service to our customers.

We plan to extend this test to SFO, effective August 15, 2005, which will affect your current position as a Customer Service Sky Cap. This position is being restructured and will require different skills from those used today, including collection of baggage fees and reconciling cash deposits, entering data into computer masks and assigned shift work.

Because the restructured position is somewhat different from your current position, you have the option to elect layoff. You would be eligible for regular severance pay, as described in the Employee Policy Guide.

If you would like to elect this offer, please complete the attached form and return it to me no later than August 15, 2005. If you choose not to elect layoff, you will work with your manager to arrange training and scheduling for transition to the newly created position.

Sincerely,

Ron Olson
Passenger Service Manager, SFO

Attachment:    Layoff Form

cc:    Personnel File
       Talent Services – MD 5177 HDQ1

Personally handed to employee

Date ___8/11/05___   By _____

8-11-05

1

## PROOF OF SERVICE BY FAX AND MAIL

2

I, the undersigned declare:

3

I am over the age of eighteen. I am not related to the parties in this action. I may be

4

reached at the Law Office of Frederick C. Roesti, 1095 Market Street, San Francisco, CA

5

994103, Tel (415) 552-3733.

6

I served the the following documents:

7

DECLARATION OF FREDERICK C. ROESTI

8

By FAX and by MAIL as follows: I faxed the documents to the following fax number

9

and I mailed documents by placing them in an envelope with postage paid and placed in the

10

United States Mail addressed to:

11

12

Fax (916) 561-0828
Kenneth R. O"Brien, Esq,
Littler Mendelson
2520 Ventura Oaks Way, Suite 390
Sacramento, CA 95833-4227
on the date listed below.

13

14

15

16

I have read the above statement and declare under penalty of perjury under the laws of

17

the State of California that it is true and correct and was executed in San Francisco, California

18

on May 19, 2007

19

20

Frederick C. Roesti

21

22

23

24

25

26

27

Case No. 07-03527 WHA
Declaration of Frederick C. Roesti
in opposition to summary judgment

28