United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

v.

AMR THE PARENT OF AMERICAN AIRLINES INC., and DOES 1 through 5, inclusive,

    Defendants.

No. C 07-03527 WHA

**ORDER RE PLAINTIFF'S CORRECTED OPPOSITION**

The Court has been informed that defense counsel called the Court's deputy clerk to request an extension to file their reply brief in light of plaintiff's improper filing of a corrected opposition. Defendants' request is **DENIED**. Defendants reply brief remains due as scheduled on **MAY 23 AT NOON**. Any yet further untimely evidence submitted by plaintiff, however, will not be considered.

Dated: May 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE