IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>          Plaintiff,<br><br>   v.<br><br>AMR THE PARENT OF AMERICAN AIRLINES INC.,<br><br>          Defendant.                              / | No. C 07-03527 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Motion for Summary Judgment and or Summary Adjudication hearing previously set for June 5, 2008 at 8:00 a.m. has been rescheduled for **June 5, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly**.**

Dated:  May 23, 2008                                     FOR THE COURT,

                                                                          Richard W. Wieking, Clerk

                                                                          By:_____
                                                                                Dawn Toland
                                                                                Courtroom Deputy to the
                                                                                Honorable William Alsup