KENNETH R. O'BRIEN, Bar No. 072128
E-mail: kobrien@littler.com
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833.4227
Telephone: 916.830.7200
Facsimile: 916.561.0828

DENISE M. VISCONTI, Bar No. 214168
E-mail: dvisconti@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
AMERICAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD E. ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>AMR The parent of AMERICAN AIRLINES INC, AMERICAN AIRLINES, and DOES 1 through 5 INCLUSIVE,<br><br>Defendants. | Case No. 07-cv-3527 WHA<br><br>**SECOND DECLARATION OF KENNETH R. O'BRIEN IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND OR JUDGMENT ON THE PLEADINGS**<br><br>Date: June 5, 2008<br>Time: 8:00 a.m.<br>Ctrm: 9<br>Judge: Hon. William Alsup |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

FIRMWIDE:85297342.1 009001.1303

07-cv-3527 WHA

DECL OF KENNETH R. O'BRIEN ISO DEF'S REPLY TO PLTF'S OPPOSITION TO DEF'S MOTION FOR SUMMARY JUDGMENT

I, KENNETH R. O'BRIEN, do hereby declare:

1. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently thereto.

2. I am the attorney of record for American Airlines, Inc., defendant herein.

3. I took the deposition of Plaintiff on January 8, 2008.

4. In reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment are true and correct copies of additional excerpt pages attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this Declaration was executed this 23rd of May, 2008, at Sacramento, California.

/s/ *Kenneth R. O'Brien*
KENNETH R. O'BRIEN

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 561 5300

FIRMWIDE:85297342.1 009001.1303       2.       07-cv-3527 WHA

DECL OF KENNETH R. O'BRIEN ISO DEF'S REPLY TO PLTF'S OPPOSITION TO DEF'S MOTION FOR SUMMARY JUDGMENT

# EXHIBIT "A"

JAN 2 5 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

EDWARD E. ANDERSON,

                Plaintiff,

vs.                   No. 07-CV-3527 WHA

AMR, The Parent of AMERICAN
AIRLINES, INC; AMERICAN AIRLINES,
and DOES 1 through 5, inclusive,

                Defendants.

CERTIFIED COPY

---

DEPOSITION OF EDWARD E. ANDERSON

San Francisco, California

Tuesday, January 8, 2008

REPORTED BY:
LYNNE LEDANOIS
CSR No. 6811

Job No. 79526

1    I, the undersigned, a Certified Shorthand
2  Reporter of the State of California, do hereby certify:
3    That the foregoing proceedings were taken
4  before me at the time and place herein set forth; that
5  any witnesses in the foregoing proceedings, prior to
6  testifying, were duly sworn; that a record of the
7  proceedings was made by me using machine shorthand
8  which was thereafter transcribed under my direction;
9  that the foregoing transcript is a true record of the
10 testimony given.
11   Further, that if the foregoing pertains to
12 the original transcript of a deposition in a Federal
13 Case, before completion of the proceedings, review of
14 the transcript [ ] was [ ] was not requested.
15   I further certify I am neither financially
16 interested in the action nor a relative or employee
17 of any attorney or party to this action.
18   IN WITNESS WHEREOF, I have this date
19 subscribed my name.
20
        JAN 2 3 2008
21 Dated: _____
22
23                              _____
24                              LYNNE MARIE LEDANOIS
                                CSR No. 6811
25

EDWARD E. ANDERSON                                                01/08/08

|          |    |                                                                    |
|----------|----|--------------------------------------------------------------------|
|          | 1  | San Francisco, California, Tuesday, January 8, 2008                |
|          | 2  | 10:03 a.m. - 3:40 p.m.                                             |
|          | 3  |                                                                    |
|          | 4  |                                                                    |
| 10:03:29 | 5  |         VIDEOGRAPHER: Good morning. Here begins                    |
| 10:03:32 | 6  | videotape number one in the deposition of Edward                   |
| 10:03:34 | 7  | Anderson in the matter of Edward Anderson versus AMR,              |
| 10:03:39 | 8  | The Parent of American Airlines, in the United States              |
| 10:03:43 | 9  | District Court, Northern District of California, Case              |
| 10:03:47 | 10 | Number 07-CV-3527 WHA.                                             |
| 10:03:55 | 11 |         Today's date is January 8th, 2008. The time is             |
| 10:04:02 | 12 | 10:03 a.m. This deposition is being taken at 650                   |
| 10:04:07 | 13 | California Street, San Francisco, California.                      |
| 10:04:10 | 14 |         The videographer is Marty Majdoub, here on                 |
| 10:04:13 | 15 | behalf of Sarnoff Court Reporters and Legal                        |
| 10:04:15 | 16 | Technologies, located at Irvine, Los Angeles, San                  |
| 10:04:18 | 17 | Francisco, California.                                             |
| 10:04:21 | 18 |         Would all counsel present please identify                  |
| 10:04:23 | 19 | yourselves and state whom you represent.                           |
| 10:04:25 | 20 |         MR. O'BRIEN: Ken O'Brien for American                      |
| 10:04:26 | 21 | Airlines.                                                          |
| 10:04:28 | 22 |         MR. ROESTI: I'm Frederick C. Roesti                        |
| 10:04:31 | 23 | representing Mr. Anderson.                                         |
| 10:04:33 | 24 |         VIDEOGRAPHER: Would the court reporter please              |
| 10:04:35 | 25 | swear in the witness.                                              |

5

EDWARD E. ANDERSON                                        01/08/08

```
                                 1              EDWARD E. ANDERSON,
                                 2      having been duly sworn, testified as follows:
                                 3
                                 4
                                 5                      EXAMINATION
                     10:04:45    6    BY MR. O'BRIEN:
                     10:04:45    7        Q    Good morning, Mr. Anderson.
                     10:04:47    8        A    Good morning.
                     10:04:48    9        Q    We've met before, but I'll introduce myself
                     10:04:50   10    again on the record.  I'm Ken O'Brien.  I'm here
                     10:04:53   11    representing American Airlines.  And we're going to be
                     10:04:55   12    joined, hopefully soon, by one of the other lawyers who
                     10:05:00   13    works in-house at American Airlines, and we'll both be
                     10:05:05   14    at the evaluation tomorrow as well.
                     10:05:09   15             Have you had your deposition taken before,
                     10:05:10   16    Mr. Anderson?
                     10:05:11   17        A    Yes, I have.
                     10:05:12   18        Q    How many times?
                     10:05:15   19        A    Approximately three that I can remember.
                     10:05:19   20        Q    Were they in lawsuits that you were a party to?
                     10:05:22   21        A    Yes, they were.
                     10:05:24   22        Q    All three of them?
                     10:05:25   23        A    All three.
                     10:05:26   24        Q    Do you remember if you were a plaintiff or a
                     10:05:28   25    defendant in those suits?
```

6

1   there was a status quo thing pending, that --

2   Q   Is that Mr. Olson?

3   A   Ron Olson, right.

4   Q   Now, you were shown this exhibit, I believe
5   it's Exhibit Number 3, that Mr. Olson -- let's go back
6   farther.

7       You were shown Exhibit Number 2, which is a
8   letter December 20, 2001. This one here -- I have it
9   here. Look at my copy. It's this one here. And this
10  is the -- where it talks about the change in your
11  employment from skycap at TWA to skycap at American
12  Airlines.

13      Did anyone provide you with any information
14  about how signing this document might change the court
15  order that you referred to as status quo?

16  A   No.

17  Q   Did you have any belief that when you signed
18  this document, it would have any effect on that?

19  A   No.

20  Q   There was a discussion about whether or not you
21  would work six hours or four hours in a day. And I know
22  this question was asked, but I'll ask it for purposes of
23  follow-up.

24      Did you ask to work six hours a day?

25  A   Yes, I did.

```
 1       Q    And who did you ask?
 2       A    At the time, it was Ron Olson and Mr. --
 3  Arthur.
 4       Q    Mr. Arthur?  Do you know last name -- is that
 5  the first name or last name?
 6       A    That was his first name.
 7       Q    And what reason did Mr. Olson -- did Mr. Olson
 8  allow you to work six hours a day?
 9       A    No, he did not.
10       Q    Did he give you a reason why you could not?
11       A    Yes.
12       Q    What was his reason?
13       A    The reason was that nobody in American Airlines
14  system in San Francisco works six-hour shift days.
15       Q    And since that time, have you determined
16  whether there are people in the American Airlines system
17  that work six-hour days?
18            MR. O'BRIEN:  Objection, lack of foundation.
19            THE WITNESS:  Less than a week after that, I
20  found out that there were agents working six hours a
21  day, ticket agents.  And down on the ramp they had other
22  guys working part-time.
23  BY MR. ROESTI:
24       Q    When you say "down on the ramp," what do you
25  mean?
```

182