1  KENNETH R. O'BRIEN, Bar No. 072128
   E-mail: kobrien@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  2520 Venture Oaks Way, Suite 390
   Sacramento, CA  95833.4227
4  Telephone:    916.830.7200
   Facsimile:    916.561.0828
5
   DENISE M. VISCONTI, Bar No. 214168
6  E-mail: dvisconti@littler.com
   LITTLER MENDELSON
7  A Professional Corporation
   501 W. Broadway, Suite 900
8  San Diego, CA  92101.3577
   Telephone:    619.232.0441
9  Facsimile:    619.232.4302

10 Attorneys for Defendant
   AMERICAN AIRLINES, INC.
11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

15 EDWARD E. ANDERSON,              | Case No.  07-cv-3527 WHA
16          Plaintiff,              | **PROOF OF SERVICE**
17    v.                            |
18 AMR The parent of AMERICAN       |
   AIRLINES INC, AMERICAN AIRLINES, |
19 and DOES 1 through 5 INCLUSIVE,  |
20          Defendants.             |

FIRMWIDE:85322274.1 009001.1303                              07-cv-3527 WHA

PROOF OF SERVICE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2520 Venture Oaks Way, Suite 390, Sacramento, California 95833.4227. On May 23, 2008, I served the within document(s):

1. **DEFENDANT AMERICAN AIRLINES, INC.'S OBJECTIONS TO PLAINTIFF'S EVIDENCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND/OR JUDGMENT ON THE PLEADINGS;**

2. **DEFENDANT AMERICAN AIRLINES, INC.'S SUPPLEMENTAL REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND/OR JUDGMENT ON THE PLEADINGS; AND**

3. **SECOND DECLARATION OF KENNETH R. O'BRIEN IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF CLAIMS AND/OR JUDGMENT ON THE PLEADINGS.**

[X] by facsimile transmission at or about 9:00 a.m. on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 916.561.0828. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

[X] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Sacramento, California addressed as set forth below.

[ ] by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

[ ] by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Frederick C. Roesti, Esq.
Law Office of Frederick C. Roesti
1095 Market Street, Suite 419
San Francisco, CA 94103

1        I am readily familiar with the firm's practice of collection and processing
2  correspondence for mailing and for shipping via overnight delivery service. Under that practice it
3  would be deposited with the U.S. Postal Service or if an overnight delivery service shipment,
4  deposited in an overnight delivery service pick-up box or office on the same day with postage or fees
5  thereon fully prepaid in the ordinary course of business.

6        I declare under penalty of perjury under the laws of the State of California that the
7  above is true and correct. Executed on May 23, 2008, at Sacramento, California.

*/s/ Sandra L. Adams*
Sandra L. Adams

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 830 7200

Firmwide:85321760.1 009001.1303        2.        07-cv-3527 WHA

PROOF OF SERVICE