IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD E. ANDERSON,

    Plaintiff,

  v.

AMR THE PARENT OF AMERICAN AIRLINES INC.,

    Defendant.

No. C 07-03527 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE