# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| EDWARD ANDERSON ) | |
| ) | |
| v. ) | Case No.: C 07-03527 WHA |
| AMERICAN AIRLINES, INC. ) | |
| ) | |

## Bill of Costs

Judgment having been entered in the above entitled action __06/06/08__ against Plaintiff EDWARD ANDERSON,
                                                          Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk............................................................................................................... | $ 350.00 |
| Fees for service of summons and subpoena........................................................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 2,747.70 |
| Fees and disbursements for printing ................................................................................... | |
| Fees for witnesses (itemize on page two) ........................................................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case......... | 105.75 |
| Docket fees under 28 U.S.C. 1923...................................................................................... | |
| Costs as shown on Mandate of Court of Appeals ............................................................... | |
| Compensation of court-appointed experts .......................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828.......... | |
| Other costs (please itemize) (see itemization and documentation attached hereto) | 335.00 |
| TOTAL | $ 3,538.45 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☒ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _____

Name of Attorney: Kenneth R. O'Brien

For: American Airlines, Inc.                                                                    Date: 06/10/08
      Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court                 Deputy Clerk                 Date

American LegalNet, Inc.
www.FormsWorkflow.com

Ed Anderson Caption

## Itemization and Documentation for Requested Costs

| | | |
|---|---|---|
| **Fees of the Clerk:** Paid to District Court Clerk on July 2, 2007 at time of removal. Copy of check with routing information redacted filed herewith | | $350.00 |
| **Fees for court reporter:** | | $2,747.70 |
| For court reporter appearance on December 18, 2007 for depositions of Plaintiff when Plaintiff did not appear (Local Rule 54-3(c).) | Invoice attached showing amount and payment of $264.00 | |
| For court reporter appearance, original and one copy, and exhibits for rescheduled deposition of Plaintiff on January 8, 2008. (Local Rule 54-3(c).) | Invoice attached showing amount and payment of $1,255.45 | |
| For video copy of videotape charges for deposition of Plaintiff on January 8, 2008 (Local Rule 54-3(c).) | Invoice attached showing amount and payment of $1,228.25 | |
| Fees for copies of papers necessarily obtained for use in the case (copies of 705 pages of documents produced by Plaintiff at Plaintiff's deposition at $0.15 cents per page | | $105.75 |
| Other Costs: Payment to Clerk of The Court, Superior Court of California, in and for the County of San Francisco for first paper filing fee prior to removal of case. (Copy of receipt attached.) | | $335.00 |
| Total | | $3,538.45 |

**LITTLER MENDELSON™**

650 California St., 20th Floor  415-433-1940
San Francisco, CA 94108

UBOC Disbursement Services
San Francisco, CA 94104

**309348**

53-292/113

| CHECK NO. | CHECK DATE | AMOUNT |
|---|---|---|
| 309348 | 07/02/07 | ********350.00 |

PAY  THREE HUNDRED FIFTY AND 00/100 Dollars
TO THE
ORDER OF

CLERK, U.S. DISTRICT COURT(SF)
NORTHERN DISTRICT OF CALIF.
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

LITTLER MENDELSON, P.C.
CONTROLLED DISBURSEMENT

SECOND SIGNATURE REQUIRED OVER $1500

VOID AFTER 90 DAYS

| VENDOR NO. | CHECK NO. | CHECK DATE | LITTLER MENDELSON, P.C. | | |
|---|---|---|---|---|---|
| 01867 | 309348 | 07/02/07 | | | |
| INVOICE | DATE | COMMENTS | AMOUNT | DISCOUNT | NET |
| 070702 | 07/02/07 | SDI - 009001.1303 | 350.00 | 0.00 | 350.00 |
| | | *anderson v. AA* | | | |
| | | TOTALS | 350.00 | 0.00 | 350.00 |

```
                    File Room Information
Client/No.:    09001
M....  /No..     303
☒ Attorney Notes        ☐ Discovery
☐ Client Document       ☐ Pleadings
☐ Correspondence
☐ ...
Date...
```

Superior Court of California,
County of San Francisco
Civil/Small Claims

Jul-05-2007   W2007705F012    MSANCHEZ
14:26:36

CASE NUMBER: CGC-07-459441

EDWARD E ANDERSON VS. AMR THE PARENT OF
AMERICAN AIRLINES INC et al

CIVIL FIRST PAPER ANSWER/RESPONSE/PLEADING

FILED BY AMERICAN AIRLINES, IN

FEE:    $335.00 PAID BY CHECK

                    THANK YOU



# Sarnoff
**Court Reporters and Legal Technologies**

20 Corporate Park, Suite 350, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854
Irvine • Las Vegas • Los Angeles • San Diego • San Francisco

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75141 | 12/31/2007 | 79304 |
| Job Date | Case No. | |
| 12/18/2007 | | |

**Case Name**
Edward Anderson vs. AMR, Parent of American Airlines

**Payment Terms**
Due upon receipt

Kenneth O'Brien, Esq.
Littler Mendelson
2025 Venture Oaks Way
Suite 390
Sacramento, CA 95833

JAN 07 2008
LITTLER MENDELSON
JAN 14 2008

Approved by ___1/15/08___
Amount to pay ___264.00___
T.KPR / EMPLOYEE # ___KRO 1165___
Charge to Client code or GL code:
___009001.1303___

For Accounts Payable use only:
Vendor number ___16038.2___
Voucher number ___598094___

SCHEDULED DEPOSITION OF:    Anderson Statement of
Edward E. Anderson – Statement of Non-Appearance
Reporter's Affidavit of Non-Appearance   Non Appearance        5.00       225.00
Parking Reimbursement                                                      14.00
Delivery Costs                                                             25.00

TOTAL DUE >>>    $264.00

*Technology Package includes condensed transcript and CD with final ASCII, E-transcript and exhibit images.

1698293

RECEIVED A/P
JAN 16 2008

ENTERED
JAN 16 2008

009001.1303

Tax ID: 88-0432563                    Phone: 916-830-7200   Fax:

*Please detach bottom portion and return with payment.*

Kenneth O'Brien, Esq.
Littler Mendelson
2025 Venture Oaks Way
Suite 390
Sacramento, CA 95833

Job No.    : 79304           BU ID    : 3-SF
Case No.   :
Case Name  : Edward Anderson vs. AMR, Parent of American Airlines
Invoice No. : 75141          Invoice Date : 12/31/2007
Total Due  : $ 264.00

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Amount to Charge:
Cardholder's Signature:

Remit To:  Sarnoff Information Technologies, Inc.
           20 Corporate Park
           Suite 350
           Irvine, CA 92606

# INVOICE



**SARNOFF**
Court Reporters and
Legal Technologies

20 Corporate Park, Suite 350, Irvine, CA 92606
phone 877.955.3855  fax 949.955.3854
IRVINE • LAS VEGAS • LOS ANGELES • SAN DIEGO • SAN FRANCISCO

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76841 | 1/23/2008 | 79526 |

| Job Date | Case No. |
|---|---|
| 1/8/2008 | 07-CV-3527 WHA |

| Case Name |
|---|
| Edward E. Anderson vs. AMR, Parent of American Airlines |

| Payment Terms |
|---|
| Due upon receipt |

*Invoice missing w/ whole Batch*

Kenneth R. O'Brien, Esq.
Littler Mendelson
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833

ck# 335144
2-14-08

009001.1303

| VIDEOTAPED ORIGINAL & 1 CERTIFIED COPY OF: | | | |
|---|---|---|---|
| Edward E. Anderson | 209.00 | Pages | 1,139.05 |
| Exhibit | 16.00 | Pages | 10.40 |
| Parking Reimbursement | | | 21.00 |
| Handling & Production of Original Transcript | | | 60.00 |
| Online Repository - Complimentary | 0.00 | | 0.00 |
| Technology Package * - Complimentary | 0.00 | | 0.00 |
| Delivery Costs | | | 25.00 |
| | | TOTAL DUE >>> | $1,255.45 |

*Technology Package includes condensed transcript and CD with final ASCII, E-transcript and exhibit images.

ENT......
FEB - 5 2008  (029)

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 1,255.45 |

702165    ✓ 76841    Bar Code #1698853

Tax ID: 88-0432563                                      Phone: 916-830-7200   Fax:

*Please detach bottom portion and return with payment.*



**SARNOFF**
Court Reporters and
Legal Technologies

20 Corporate Park, Suite 350, Irvine, CA 92606
phone 877.955.3855  fax 949.955.3854
IRVINE • LAS VEGAS • LOS ANGELES • SAN DIEGO • SAN FRANCISCO

FEB 01 2008
FEB 1 2008

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75974 | 1/29/2008 | 80233 |
| Job Date | Case No. | |
| 1/8/2008 | 07-CV-3527 WHA | |
| Case Name | | |
| Edward E. Anderson vs. AMR, Parent of American Airlines | | |
| Payment Terms | | |
| Due upon receipt | | |

Kenneth R. O'Brien, Esq.
Littler Mendelson
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833

1708476

LITTLER MENDELSON

VIDEO SERVICES OF:
  Edward E. Anderson
    Video Services                                     803.25
    Video Digitizing to DVD  Approved by 2/14/08       4.25 Hours    212.50
    Video Synchronizing   Amount to pay 1228.25        4.25 Hours    212.50
                                                      TOTAL DUE >>>  $1,228.25
    TIMEKR/EMPLOYEE # KRO 1165
                       (required)
    Charge to Client code or GL code:
    009001.1303                    RECEIVED A/P        OK/N
    Description:                   FEB 15 2008
    ENTERED  Anderson Video Depo                       009001.1303
    FEB 19 2008
    For Accounts Payable use only:
    Vendor number  16038
    Voucher number 701965

Tax ID: 88-0432563                                    Phone: 916-830-7200  Fax:

*Please detach bottom portion and return with payment.*

Kenneth R. O'Brien, Esq.
Littler Mendelson
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833

Job No.    : 80233              BU ID      : SFVID
Case No.   : 07-CV-3527 WHA
Case Name  : Edward E. Anderson vs. AMR, Parent of
             American Airlines
Invoice No.: 75974              Invoice Date : 1/29/2008
Total Due  : $ 1,228.25

Remit To: Sarnoff Information Technologies, Inc.
          20 Corporate Park
          Suite 350
          Irvine, CA 92606

**PAYMENT WITH CREDIT CARD**  AMEX  MC  VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:           Amount to Charge:
Cardholder's Signature:

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2520 Venture Oaks Way, Suite 390, Sacramento, California 95833.4227. On June 11, 2008, I served the within document(s):

**DEFENDANT AMERICAN AIRLINES, INC.'S BILL OF COSTS**

☒ by facsimile transmission at or about 9:00 a.m. on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number 916.561.0828. The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting machine, is attached. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Sacramento, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Frederick C. Roesti, Esq.
Law Office of Frederick C. Roesti
1095 Market Street, Suite 419
San Francisco, CA 94103

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 830 7200

Firmwide:85321760.1 009001.1303

07-cv-3527 WHA

PROOF OF SERVICE

1        I declare under penalty of perjury under the laws of the State of California that the
2  above is true and correct. Executed on June 11, 2008, at Sacramento, California.

                                                     */s/ Sandra L. Adams*
                                                     Sandra L. Adams

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833 4227
916 830 7200

Firmwide:85321760.1 009001.1303          2.          07-cv-3527 WHA

PROOF OF SERVICE