Law Office of Frederick C. Roesti
1095 Market Street #419
San Francisco, CA 94103
Tel 415-552-3733
Fax 415-552-3733
E-mail: frederickcroesti@aol.com
Attorney for Plaintiff
Edward E. Anderson

FILED
08 JUL -2 PM 1:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO-BRANCH

| | |
|---|---|
| EDWARD E. ANDERSON, | ) Case No. 073527WHA |
| Plaintiff, | ) NOTICE OF APPEAL |
| v. | ) |
| AMR The parent of AMERICAN AIRLINES INC. AMERICAN AIRLINES and Does 1 through 5, inclusive, | ) |
| Defendants | ) |

Please take notice that Edward E. Anderson hereby appeals to the United States Court of Appeals for the Ninth Circuit from the decision of the court entered in the above-captioned case on June 6, 2008 relating to (1) Summary Judgment Motion against Edward E. Anderson and (2) Requirement regarding electronic filing.

Dated: July 1, 2008

_[signature]_

Frederick C. Roesti, attorney for Edward E Anderson

Case No. 07-03527 WHA
Notice of Appeal

1

## PROOF OF SERVICE BY FAX AND MAIL

I, the undersigned declare:

I am over the age of eighteen. I am not related to the parties in this action. I may be reached at the Law Office of Frederick C. Roesti, 1095 Market Street, San Francisco, CA 994103, Tel (415) 552-3733.

I served the the following documents:

NOTICE OF APPEAL

By FAX and by MAIL as follows: I faxed the documents to the following fax number and I mailed documents by placing them in an envelope with postage paid and placed in the United States Mail addressed to:

Fax 916-651-0826
Kenneth R. O'Brien
Littler Mendelson
2520 Venture Oaks Way, Suite 390
Sacramento, CA 95833-4227

on the date listed below

I have read the above statement and declare under penalty of perjury under the laws of \the State of California that it is true and correct and was executed in San Francisco, California on July 1, 2008.

Frederick C. Roesti

Case No. 07-03527 WHA
Notice of Appeal

2