UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 7, 2008

**CASE INFORMATION:**
Short Case Title: <u>EDWARD E. ANDERSON</u>-v- <u>AMR THE PARENT OF AMERICAN AIRLINES INC.</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, Judge William Alsup</u>
Criminal and/or Civil Case No.: <u>CV 07-03527 WHA</u>
Date Complaint/Indictment/Petition Filed: <u>07/06/07</u>
Date Appealed order/judgment *entered* <u>06/06/08</u>
Date NOA *filed* <u>07/02/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):      ☐ granted in full (attach order)         ☐ denied in full (send record)
                             ☐ granted in part (attach order)         ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>07/02/08</u>      Date Docket Fee Billed:
Date FP granted:                           Date FP denied:
Is FP pending?  ☐ yes  ☐ no                Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel: Frederick Christian Roesti         Appellee Counsel: Kenneth Richard O'Brien
    Law Office of Frederick C. Roesti                     Littler Mendelson
    1095 Market Street, Suite 419                         2520 Venture Oaks Way, Suite 390
    San Francisco, CA 94103                               Sacramento, CA 95833
    415-552-3733                                          916-830-7200
    Email: frederickcroesti@aol.com                       Fax: 916-561-0828
                                                          Email: kobrien@littler.com

<u>X</u> retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Susan Imbriani</u>
                                                    415-522-2061